UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LATISHA SANDERS,

                      Plaintiff,        Civil Action No.: 16-CV-6526

           v.                           (Amon, J.)
                                           (Bulsara, M.J.)

CITY OF NEW YORK, STATE OF NEW
YORK, UNITED STATES, FAIRHAVEN
MEMORIAL CHAPEL, ZINC TECH LAB,
DR. AGLAE CHARLOT, HAMMER, LIVE
ON NEW YORK, CORRECTION OFFICER
MORRIS, BROOKDALE UNIVERSITY
HOSPITAL, MARGARET CHIN, and
67th PRECINCT,

                    Defendants.
-------------------------------------------------------------X

## DEFENDANT'S STATEMENT OF
## COMPLIANCE WITH LOCAL CIVIL RULE 7.2

      Pursuant to Local Civil Rule 7.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant United States is providing to Pro Se Plaintiff Latisha Sanders printed copies of decisions cited in the United States' motion for a stay of discovery and adjournment of the initial conference, that are unreported or reported exclusively on computerized databases:

      Port Dock & Stone Corp. v. Oldcaster Ne., Inc., 2006 WL 897996 (E.D.N.Y. Mar. 31, 2006)

      Hewitt v. U.S., 2011 WL 2419856 (S.D.N.Y. June 6, 2011)

      Picture Patents, LLC v. Terra Holdings LLC, 2008 WL 5099947 (S.D.N.Y. Dec. 3, 2008)

      Josie-Delerme v. Am. Gen. Fin. Corp., 2009 WL 497609 (E.D.N.Y. Feb. 26, 2009)

      Giminez v. Law Offices of Hoffman & Hoffman, 2012 WL 2861014 (E.D.N.Y. July 11, 2012)

Dated: Brooklyn, New York
       July 24, 2018

                                                                          RICHARD P. DONOGHUE
                                                                          United States Attorney
                                                                          Eastern District of New York
                                                                          271 Cadman Plaza East, 7th Floor
                                                                          Brooklyn, New York 11201

                                                            By:    /s/ Edwin Cortes
                                                                        EDWIN R. CORTES
                                                                        Assistant U.S. Attorney

Enclosures

TO:    Plaintiff (By U.S. Mail w/ enclosures)

CC:    The Honorable Carol B. Amon (By ECF w/o enclosures)

          The Honorable Sanket J. Bulsara (By ECF w/o enclosures)

          Co-Defendants' Counsel (By ECF w/o enclosures)