(EXHIBIT A)

Brookdale Hospital Medical Center

One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Patient Demographics

Address
270 EAST 95TH STREET
APT #D6
BROOKLYN NY 11212

Phone
347-290-1243 (Home)

## ED Records

### ED Arrival Information

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type | Arrival Complaint |
|---|---|---|---|---|---|---|---|
| - | 5/19/2016 00:18 | One | FDNY Ambulance | Ambulance | Emergency Medicine | Emergency | - |

← mention them as well?

### Chief Complaint

Gun Shot Wound [160254] L Chest

### ED Disposition

**Expired** Date: 5/19/2016
Patient: Male A Unknown Adult
Admitted: 5/19/2016 12:48 AM
Attending Provider: Sandra Sicular, MD
Male A Unknown Adult was pronounced dead at 12:33 AM by Dr. Sandra Sicular, MD.

what Did Emsdo for over 20min.?

Medical examiner notified at 1:14 AM
D/w investigator Jim Meyer
Case number # K16-2715
Admitting notified at 1:24 AM
Organ donation to be notified by other medical staff or admitting staff.
Cedric McEddy change noted. Medical examiner made aware.

How did he die @ 12:33am if Autopsy says he arrived @ 1:14am

### ED Diagnoses

GSW (gunshot wound)

### ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Sandra Sicular, MD | Attending Provider | 05/19/16 0040 | 05/19/16 0202 | 718-240-5363 | |
| Althea Coggins, RN | Registered Nurse | 05/19/16 0047 | -- | 718-240-5292 | |

### ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 05/19/16 0018 | Patient arrived in ED | JOHNSON, MELISSA | |
| 05/19/16 0018 | Provider First Contact | SICULAR, SANDRA | |
| 05/19/16 0018 | Patient expected in ED | JOHNSON, MELISSA | |
| 05/19/16 0018 | | JOHNSON, MELISSA | |
| 05/19/16 0018 | | JOHNSON, MELISSA | |
| 05/19/16 0019 | Triage Started | COGGINS, ALTHEA | |
| 05/19/16 0019 | Trauma Injury Event | COGGINS, ALTHEA | |
| 05/19/16 0034 | Lab Ordered | EDI, LAB IN HLSEVEN | TYPE AND SCREEN |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | THAWED PLASMA |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | SINGLE DONOR PLATELETS |

(EXHIBIT B)

ME Clinical Summary Worksheet

Fax to OCME Communications 24/7 at (646) 500-5762

MCEADDY,CEDRIC
CSN: 1103674767
DOB: 12/10/1998 (17 yrs) Male
MRN: 3705449
Adm Date: 5/19/2016
No att. providers found

1103674767

K16-2715

| | | | | |
|---|---|---|---|---|
| ME Case # K-16-2715 | Last Name: MCEADDY | | First Name: CEDRIC | |
| Demographics | Sex: (Male) / Female | | Religion: | Race: AA |
| Date of Birth / Death 5/19/16 | DOB: 12/10/1998 | | DOD: 5/19/16 | |
| Next of Kin (NOK) | Last Name: | | First Name: | |
| NOK Relationship | | | | |
| NOK Contact Information | Tel: ( ) - | | Cell: ( ) - | |
| Was NOK Notified? | Yes / (No) | | If No, # attempts made: unknown male | |
| If NOK is unknown was NYPD notified? | (Yes) / No | Last Name: | Shield# | Pct # 67 |
| If NOK is unknown was PA notified? | Yes / No | Last Name: | Tel: ( ) - | |
| Please circle one of the burial wishes below as identified by the NOK: | | | | |
| City Burial requested *(signed authorization must be attached)* | Private Burial requested | | (Unknown) | |
| Family requests additional time | Reason: | | | |
| Objection to Autopsy? | Yes / No | | If Yes, reason: | |

**Hospital Data**

| | | | |
|---|---|---|---|
| Hospital / Medical Center Name | Brookdale | | |
| Admission Type (Circle one) | (ER) | Inpatient | Long Term Care |
| Transported to Hospital (Circle one) | by Self or Family | | (by EMS Unit) |
| Admission | Date: 5/19/2016 | | Time: 12:18 AM |
| Address from where decedent was transported: | 1030 Willmohr Street | | |
| Primary Medical Doctor (PMD) | Sieular | | |
| PMD Contact Info | Tel: ( ) | | Cell: ( ) - |
| Pronouncing Physician Name | Siealar | | Tel: ( ) - |
| Pronounced | Date: 5/19/2016 | | Time: 12:33 AM |
| Suspected Cause of Death | traumatic arrest | | |
| Required documents must be attached: | Face Sheet | EMS Patient Report (PCR) | Discharge Summary or H&P |
| | Death Certificate | Burial Permit | Authorization for City Burial *(if requested)* |

**Clinical Summary**

Please summarize the circumstances and reasons for admissions, past medical history, diagnostic work, surgical procedures and findings. Please report any bullets, alterations of wounds and toxicology studies.

20 y/o unknown male SBEMS for GSW. intubated in field. LOST VITALS in ambulance bay. ED thoracotomy. (R) thoracostomy in ED. (+) FAST exam for abdominal free fluid. Expired 12:33 AM

Prepared by: Sandra Sieular, MD NY State Lic. # 274243 | Signature: [signature] | Date: 5/19/16

Title: MD | Department: ED | Contact #: (718) 240 6216

12/17/2015

THIS IS A NEW YORK CITY GOVERNMENT RECORD AND SHOULD BE ACCURATELY COMPLETED BY HOSPITAL STAFF.
NOTE: This form must also accompany the decedent when transported to the Medical Examiner's Office.

Version 1.0

Exhibit C

Brookdale Hospital Medical Center | One Brookdale Plaza, Brooklyn NY 11212-3139 | ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

**ED Notes (continued)**

**ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)**

Author: Sandra Sicular, MD    Service: (none)    Author Type: Physician
Filed: 05/19/16 0201    Note Time: 05/19/16 0041    Status: Signed
Editor: Sandra Sicular, MD (Physician)

Procedure Orders:

1. CHEST TUBE INSERTION [54764584] ordered by Sandra Sicular, MD at 05/19/16 0105
2. THORACOTOMY,CTRL TRAUMA BLEED [54764582] ordered by Sandra Sicular, MD at 05/19/16 0104
3. Central Line Insertion [54764580] ordered by Sandra Sicular, MD at 05/19/16 0103

Time of First Contact:
I saw the patient at: 0018 [05/19/16 0040]

## History

**Chief Complaint**
Patient presents with

- Gun Shot Wound

• According to this chart he was intubed prior to arrival

what do they mean he beame altered, hypotensive?

HPI

20 y.o. Male A Unknown Adult bibems as a prenotification for gsw to left chest, intubated. Level 1 trauma code called prior to arrival, Dr. Toribio and trauma team present on arrival of patient. As per ems, patient found talking on street, in transit became altered, hypotensive, 18 gauge IV with NS running to left AC prior to arrival, intubated prior to arrival. Had vital signs in transit, lost pulses in ambulance bay.

If he was talking... what was he saying?

Precinct 67 present in ED.

No past medical history on file.

No past surgical history on file.

No family history on file.

Shouldn't the detectives have a clue by now on who/what/where & a Inclusion How my son was murdered ?

**History**
**Substance Use Topics**

- Smoking status: Not on file
- Smokeless tobacco: Not on file
- Alcohol Use: Not on file

Review of Systems
Unable to perform ROS: Intubated

↓ who is that ?

## Physical Exam

?

BP 75/60 | Pulse 44 | Resp 22 | Ht 5' 5" (1.651 m) | Wt 150 lb (68.04 kg) | BMI 24.96 kg/m2 | SpO2 78%

my son is 6' tall

Physical Exam

 

Exhibit D

Office of Chief Medical Examiner

Barbara A. Sampson, M.D.-Ph.D.
Chief Medical Examiner

James Meyer
Forensic Investigations
JMeyer@ocme.nyc.gov
www:nyc.gov/ocme

421 E 26Th Street,
New York, New York 10016
Office: (212) 323-1826
Cellular: (917) 468-1851
Fax: (646) 500-5678

# Investigation Report

| | | | |
|---|---|---|---|
| *Name of Decedent:* | **Unknown, Unknown** | *Case No:* | **K-16-002715** |
| *Report Date & Time:* | **May 19, 2016 01:46** | *Disposition:* | **ME Case** |
| *Place of Death:* | **1 Brookdale Plaza, Brooklyn, NY, 11212** | | |

## Case Synopsis

Approx 20 y/o black male whom expired s/p GSW

## Subjective Findings

Decedent is reported to be a 20 y/o AA male whom arrived to ED in traumatic arrest. The decedent was involved in some type of alteraction/ robbery @ 1003 Willmohr Street ( confines of the 67 Pct) around 23:51 5 18 2016. The decedent was found apinic and lost pulse on the arrival of EMS. They initiated BLS and transported him to Brookdale.
On arrival to Brookdale 12:12 5 19 2016... they noted a wound to the left anterior chest/abdomen as well as a wound to the right flank. .. they also noted an avulsion to the scrotum.. with a + FAST exam they performed an ED thoracotomy with a large amount of blood in the left chest, ( none in the right)
The decedent was unresponsive to surgical intervention ( Thoracotomy) and expired 12:33AM 5 19 2016.
As per the reporting physican they did not recover any projectile... however the do feel what appears to a " Bullet" just under skin in the right flank.
Detectives from the 67 PDU are on scene.

## Scene Investigations/ Details

Local street

## Examination of Body

As noted
wound L ant/abd chest area

Exhibit E

# Notice of Death

This proves Hospital Awareness of who my son was from the beg

*Borough:* Brooklyn *Report Date:* 05/19/2016 *Time:* 01:18

**K-16-002715**

## Decedent Information:

*Name:* McEaddy, Cedric
*Sex:* Male
*Race:* Black
*Veteran:* No
*Age:* 17 Years
*Date of Birth:* 12/10/1998
*Marital Status:* Unknown
*Place of Death:* 1 Brookdale Plaza, Brooklyn, NY 11212
*Tel Place of Death:* 718-240-5000
*Cross Street:*
*Residence:* 131 Broome Street, 19F, New York, NY 10002

## Reporter Information:

*From:* Medical Facility
*Facility:* Brookdale Hospital Medical Center
*Caller Name:* Dr Sicular
*Shield :*
*Sixty-One No:*
*Aided No:*
*Tel:* (718) 240-6216
*Chart No:* 3705449

## Circumstances of Death:

*App. Manner:* Undetermined

## Hospital and Physician Information:

*Facility:* Brookdale Hospital Medical Center
*Pronounced By:*
*Date:* *Time:*
*Date:* 05/19/2016 *Time:* 00:33
*Physician:*
*Tel:*
*Address:*

## MLI Contact, Scene and Disposition:

| Name | Date Time | Activity |
|---|---|---|
| Meyer, James ((212) 323-1826, (917) 468-1851) | 05/19/2016 01:19 | Assigned |
| Sykes-Mcmikle, Sandra | 05/19/2016 01:20 | Accepted |
| Sykes-Mcmikle, Sandra | 05/19/2016 01:20 | Scene Visit Not Required |
| Sykes-Mcmikle, Sandra | 05/19/2016 01:20 | ME Case |

*Scene Investigation:* No — then who was @ the scene or case notes

*Case Disposition:* ME Case (Jordan, Brittany) *Date:* 05/19/2016 *Time:* 01:21

## Case Notes:

| Department | Date Time | Entered By |
|---|---|---|
| Communications | 05/19/2016 01:14 | Sandra Sykes-Mcmikle |

*Notes:* came in by ems from call location 1030 Willmohr Street - A/D 2 gun shot wounds to the body - NOK unknown - 67th pct responded to the scene - pronounced in the ER

*Initial Call Recorded By:* Sykes-Mcmikle, Sandra

*Printed:* 07/21/2016-13:50

(EXHIBIT F)

MEDICAL EXAMINER CASE
PD 313-081-H (Rev. 10-90)-H1

Additional Copies For | 1 Jurisdiction | 3 | 9 Pct of Report: 67 | Aided/Acc. No.: 1074 | 12 Complaint No.: 4999 | File No. | PAGE OF PAGES

17 Date of this Report: 5/20/16 | Day of Week of This Report: FRI | 31 Date Orig Report: Mo 5 Da 19 Yr 16 | Date Assigned: 5/20/16 | M.P. Case Number | Unit Reporting: MISSING PERSONS SQUAD

DETECTIVE ASSIGNED: Ortiz | P.D.S. CASE NO.: 1237 | M.E. CASE NO.: K-16-2715 | BOROUGH NO. | ZONE | ZONE NO.

Previous Classification | 45 | 48 | 49 | 50 | 51 | 52 | 61 Rep. Agency Code: 0 0 | Case Status ☐Open ☐Closed

Classification Changed To: HOMICIDE | Invoice No.

NAME OF DECEASED (LAST NAME, FIRST, M.I.): McEaddy, Cedric (12/10/98) | AGE: 17 | RACE: Blk | SEX: M

ADDRESS: 131 Broome St, New York, NY | APT. NO.

DATE OF OCCURRENCE: 5/18/16 | TIME OF OCC.: 2351 | DAY OF WEEK: WED | PLACE OF OCCURRENCE: F/O 455 East 92nd St, Brooklyn

EXPIRED AT: Brookdale Hospital | DATE: 5/19/16 | TIME: 0033

MOS IDENTIFYING | SHIELD | COMMAND

FAMILY MEMBER IDENTIFYING | REALTIONSHIP

ADDRESS

PHOTO/PRINTS: deDanzine | COMMAND: KCME/MPS

DOCTOR PERFORMING AUTOPSY: Charlot | DATE: 5/20/16 | LOCATION: KCME

CAUSE OF DEATH

BULLETS RECOVERED DURING AUTOPSY

DESCRIPTION OF CRIME: At T/P/O decedent was shot by unk perp(s) for unk reason(s).

MEANS EMPLOYED: ☐ PHYSICAL FORCE ☐ SHOTGUN ☐ MACHINE GUN ☐ OTHER ☐ KNIFE ☐ BLUNT INSTRUMENT ☒ HANDGUN ☐ RIFLE ☐ STRANGULATION (DESCRIBE)

MOTIVE: ☐ ROBBERY ☐ NARCOTICS ☐ DISPUTE ☒ UNK. ☐ OTHER ☐ BURGLARY ☐ SEX CRIME ☐ ORG. CRIME ☐ JUSTIFIABLE (DESCRIBE):

PERPS
1 ☐ ARRESTED ☐ KNOWN | NAME (LAST, FIRST, M.I.)
2 ☐ ARRESTED ☐ KNOWN | NAME (LAST, FIRST, M.I.)
3 ☐ ARRESTED ☐ KNOWN | NAME (LAST, FIRST, M.I.)

RELATIONSHIP: ☐ FRIEND ☐ ACQUAINTANCE ☐ HUSBAND/WIFE ☐ COMMON LAW ☐ STRANGER ☐ BOY/GIRL FRIEND ☐ INTRA-FAMILY ☒ UNKNOWN

CRIMINAL RECORD
Victim: 12261305Q
Perp(s).:

DETAILS

(Exhibit F)

REPORTING OFFICER'S RANK, SIGNATURE, COMMAND: Det [signature], MPS Mn | NAME PRINTED: deDanzine | TAX REG. NO.: 925768 | SUPERVISOR'S SIGNATURE | C.O.'s INITIALS

DIST.: 1 - ARREST & CRIME CODING UNIT 2 - UNIT REFERRED TO 3 - CRIME ANALYSIS UNIT 4 - CHIEF OF DETECTIVES (CIRD) 5 - FILE

He was known



 

Office of Chief Medical Examiner

DEPARTMENT OF HEALTH AND MENTAL HYGIENE
OFFICE OF CHIEF MEDICAL EXAMINER
520 First Avenue, New York, NY 10023
*Official Website:*

**Barbara A. Sampson, M.D.-Ph.D.**
Chief Medical Examiner

**Benjamin J. Figura, Ph.D., D-ABFA**
Director of Identification
Telephone: 212-447-2770 Fax: 212-447-4339
Email: bfigura@ocme.nyc.gov

---

Case No. K-16-002715

I, Latisha Sanders, residing at: 131 Broome Street, #19F, New York, NY 10002, Phone: (347) 290-1243

Documented By: Driver's License

***State that:***
I am the Mother of the person whose body was removed to the Office of Chief Medical Examiner from 1 Brookdale Plaza, Brooklyn, NY 11212 on 05/19/2016, that I have seen the photo of the said deceased, and believe that the body recorded at said office as:

MCEADDY, CEDRIC of

131 BROOME STREET, MANHATTAN, NY, NY

Of Age: 17 Years Race: Black Sex: Male

is:

McEaddy, Cedric

131 Broome Street, #19F, New York, NY

Of Age: 17 Years Race: Black Sex: Male

Signed: L Sanders on this 21 day of May, 2016

Identified to Adrienne Licking at 520 First Ave, New York — I was at the Brooklyn ME Office

*Printed on 5/21/2016 at 1:23 PM by Adrienne Licking*

(EXHIBIT) 4

Brookdale Hospital Medical Center | One Brookdale Plaza Brooklyn NY 11212-3139 ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## ED Records (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 05/19/16 0037 | Registration Completed | JOHNSON, MELISSA | |
| 05/19/16 0037 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA |
| 05/19/16 0038 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS (2) |
| 05/19/16 0040 | Assign Attending | SICULAR, SANDRA | Sandra Sicular, M assigned as Attending |
| 05/19/16 0040 | Assign Physician | SICULAR, SANDRA | |
| 05/19/16 0041 | Physician LOS Filed | SICULAR, SANDRA | LOS Code 99285 filed |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS (3) |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS (4) |
| 05/19/16 0047 | Assign Nurse | COGGINS, ALTHEA | Althea Coggins, R assigned as Registered Nurse |
| 05/19/16 0048 | Patient roomed in ED | COGGINS, ALTHEA | To room A-TR 1 |
| 05/19/16 0127 | Disposition Selected | SICULAR, SANDRA | ED Disposition set to Expired |
| 05/19/16 0201 | ED Provider Note Filed | SICULAR, SANDRA | ED Prov Note filed by Sandra Sicular, MD |
| 05/19/16 0202 | Charting Complete | SICULAR, SANDRA | why was she removed? |
| 05/19/16 0202 | Remove Attending | SICULAR, SANDRA | Sandra Sicular, M removed as Attending |
| 05/19/16 0211 | Triage Completed | COGGINS, ALTHEA | |
| 05/19/16 0507 | Patient transferred | VAN LARE, CONSTANCE | From room A-TR 1 to room In Transit |
| 05/19/16 0507 | Patient In Transit/Psych TX | VAN LARE, CONSTANCE | He spent 45 minutes in Psych for what? |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | |
| 05/19/16 0600 | Patient discharged | COGGINS, ALTHEA | |
| 05/19/16 0600 | Patient departed from ED | COGGINS, ALTHEA | |
| 05/19/16 0651 | | COGGINS, ALTHEA | |
| 05/19/16 0651 | | COGGINS, ALTHEA | |
| 05/27/16 0308 | Charting Complete | COGGINS, ALTHEA | ? what made her go back into this chart? If it was completed on 5/19/16 @ 2:02 am |

? am or pm ?

### ED Notes

**ED Notes by Althea Coggins, RN at 05/19/16 0255**

Author: Althea Coggins, RN | Service: (none) | Author Type: Registered Nurse
Filed: 05/19/16 0306 | Note Time: 05/19/16 0255 | Status: Addendum
Editor: Althea Coggins, RN (Registered Nurse)
Related Notes: Original Note by Althea Coggins, RN (Registered Nurse) filed at 05/19/16 0255

Pt in area D, accompanied by police officers.

Electronically signed by Althea Coggins, RN on 05/19/16 0306

**ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041**

* where were these platelets taking from? *



(EXHIBIT I)

# Case Notes

Office of Chief Medical Examiner, New York City

**Case No:** K-16-002715 **Decedent:** McEaddy, Cedric

**Report Date:** 05/19/2016 **Report Time:** 01:18 **Borough:** Brooklyn

***Notes:*** Finger Print submitted to DCJS. Fingerprint Acquired By : LALONG(via Livescan). TCN: NYCME0301844

***Note Type:*** Status Management ***Department:*** Fingerprints ***DateTime:*** 05/20/2016 09:39 ***Entered By:*** Fingerprint Service
***Notes:*** Fingerprint Acquired By : LALONG(via Livescan)

***Note Type:*** Status Management ***Department:*** Fingerprints ***DateTime:*** 05/20/2016 09:38 ***Entered By:*** Fingerprint Service
***Notes:*** Finger Prints Submission Acknowledged by DCJS

***Note Type:*** Evidence Note ***Department:*** Evidence ***DateTime:*** 05/20/2016 09:37 ***Entered By:*** Christopher Burnett
***Notes:*** Homicide clothing for this case has been received from PO. C. Becker NYPD. items are as follows:
1-1 tank top
2-1 boxers
3-1 sneakers
4-1 pants
5-2 socks
6-1 belt
All items have been processed and updated in LIMS.

***Note Type:*** Status Management ***Department:*** Pathology ***DateTime:*** 05/20/2016 08:05 ***Entered By:*** Cms System
***Notes:*** Exam: Autopsy

***Note Type:*** Status Management ***Department:*** Transportation ***DateTime:*** 05/19/2016 19:09 ***Entered By:*** Wilson Alvarez
***Notes:*** Custody of Body - who has custody?

***Note Type:*** Status Management ***Department:*** Transportation ***DateTime:*** 05/19/2016 18:34 ***Entered By:*** Wilson Alvarez
***Notes:*** Transportation: Transportation At Scene what scene?

***Note Type:*** Status Management ***Department:*** Transportation ***DateTime:*** 05/19/2016 17:35 ***Entered By:*** Wilson Alvarez
***Notes:*** Transportation: Transportation En Route who called?

It took 1 hr to make it to the scene

***Note Type:*** General ***Department:*** Investigations ***DateTime:*** 05/19/2016 16:27 ***Entered By:*** James Meyer
***Notes:*** PO Becker 516-655-4412 had been waiting at Brookdale to make an ID???> He called me @ 1545 pm 5 19 2016 I advised that he must come to OCME 599 winthrop and also bring with him the clothing. AOD nick Shultz aware...as Brookdale did not want to release case on the 8x4 ?? what ??

he was at her office

***Note Type:*** Status Management ***Department:*** Transportation ***DateTime:*** 05/19/2016 15:28 ***Entered By:*** Nicholas Schultz
***Notes:*** Reassign 4x12.

***Note Type:*** Status Management ***Department:*** Transportation ***DateTime:*** 05/19/2016 12:33 ***Entered By:*** Carol Rice
***Notes:*** Transportation: Transportation At Scene How if he was @ Brookdale?

what Transport was @ the scene I thought he di[ed] @ 12:3[illegible]

***Note Type:*** Status Management ***Department:*** Transportation ***DateTime:*** 05/19/2016 12:00 ***Entered By:*** Carol Rice
***Notes:*** Transportation: Transportation En Route [En route from where] ??

***Note Type:*** Status Management ***Department:*** Other ***DateTime:*** 05/19/2016 06:45 ***Entered By:*** Robert Lopez
***Notes:*** on hold until 10 am possible o/d no extend (George) → as per medical report she "OK" Done [illegible] Charlot

***Note Type:*** Body Pickup ***Department:*** Investigations ***DateTime:*** 05/19/2016 01:21 ***Entered By:*** Sandra Sykes-Mcmikle
***Notes:*** Reason: body still on the floor body not in the morgue

***Note Type:*** Status Management ***Department:*** Investigations ***DateTime:*** 05/19/2016 01:21 ***Entered By:*** Sandra Sykes-Mcmikle
***Notes:*** Body still on the floor and paperwork needs to be faxed ? what paper work? Faxed to who?

***Note Type:*** Incoming Call ***Department:*** Communications ***DateTime:*** 05/19/2016 01:14 ***Entered By:*** Sandra Sykes-Mcmikle
***Notes:*** came in by ems from call location 1030 Willmohr Street - A/D 2 gun shot wounds to the body - NOK unknown - 67th pct responded to the scene - pronounced in the ER

They [are] changing the time I though as per Medical Report he arrived at 12:18 am to [illegible]

(EXHIBIT J)

Brookdale Hospital Medical Center
One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Flowsheets (continued)

**Death Prounounced By**

| | | | |
|---|---|---|---|
| Pronounced By | Dr. Sicular -AC | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 0239 | | |

**Date and Time of Death**

| | | | |
|---|---|---|---|
| Date of Death | 05/19/16 -AC | | |
| Time of Death | 0033 -AC | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 0239 | 0619 | 0634 |

**Post-Mortem Checklist**

| | | | |
|---|---|---|---|
| Time Gift to NY Contacted | 0130 -AC | 0600 [2] Reference # 2016-021589 -AC | -- George Dezastey -AC |
| Is patient a potential donor? | Yes -AC | | |
| Body Preparation Complete | Yes -AC | | |
| Patient Identification | Yes -AC | | |
| Morgue Tags on Body | Yes -AC | | |
| Belongings Disposition | Given to other (Comment) Given to Officer Chorazewick, Badge #1863 (67th precinct) -AC | | |
| Have you notified next of kin? | Yes Notified by 67th Precinct -AC | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 0239 | [AC] Althea Coggins, RN 05/19/16 0634 0619 ... | [AC] Althea Coggins, RN 05/19/16 0635 |

- why was his toe tag hand written? Is that Legal?

- she must be named in suit she has her name on Everything.

**Medical Examiner**

| | | |
|---|---|---|
| Was Medical Examiner notified? | Yes -AC | |
| Decision rendered by the Medical Examiner | | Accepted -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 0239 | [AC] Althea Coggins, RN 05/19/16 0634 |

EXHIBIT K



(EXHIBIT L)



Exhibit M



Exhibit O

OFFICE OF CHIEF MEDICAL EXAMINER
THE CITY OF NEW YORK
NAME (LAST, FIRST)
REMOVAL LOCATION
DATE/TIME OF DEATH
DATE/TIME PICKUP
ME#:
K-16-2715
5/19/16
Brookdale
002715



Exhibit P

K16-2715
OFFICE OF CHIEF MEDICAL EXAMINER
THE CITY OF NEW YORK
McLeod, Cedric
NAME (LAST, FIRST)
Brookdale Hospital
REMOVAL LOCATION
5/19/16
DATE/TIME OF DEATH
DATE TIME PICKUP
ME#: K-16-2715
[Place Label Here]
NO
YES
DATE TIME



Exhibit Q

OFFICE OF CHIEF MEDICAL EXAMINER
THE CITY OF NEW YORK

Unknown
NAME (LAST, FIRST)

Brookdale
REMOVAL LOCATION

5-19-16
DATE/TIME OF DEATH

DATE/TIME PICKUP

ME#: K16-2715

[Place Label Here]

________ NO

________ YES

OBJECTION CLAIMED ________ YES

DATE/TIME BY WHOM

Exhibit R

OFFICE OF CHIEF MEDICAL EXAMINER
THE CITY OF NEW YORK

Unknown
NAME (LAST, FIRST)

Brookdale
REMOVAL LOCATION

5/19/16
DATE/TIME OF DEATH DATE/TIME PICKUP

ME#: K-16-2715

No Labels

[Place Label Here]

______ NO

______ YES

OBJECTION CLAIMED ______ YES

DATE/TIME BY WHOM

Exhibits

Use Universal Blood/Body Fluids Precautions With All Patients
NO.
Name
Rm#
MCEADDY,CEDRIC
CSN: 1103674767
DOB: 12/10/1998 (17 yrs) Male
MRN: 3705449
Adm Date: 5/19/2016
No att. providers found
1103674
767
ATTACH TO TOE
CHECK
FROM
DISEASE

Exhibit T

?



Exhibit C

OFFICE OF CHIEF MEDICAL EXAMINER
City of New York

M.E. # K 16 2715

Name of the deceased: Cedric McEaddy

Address: 131 Broome Street
Apt. 19F NY, NY 10002

Date and place of birth: 12/10/1998 New York Hospital

Closest known family member name: Latisha Sanders

Address: 131 Broome St
Apt 19F, NY, NY 10002

Phone: (347) 290-1243

Did the deceased live with another person? yes If yes:

Name: Latisha Sanders Relationship: mother

Address: 131 Broome Street
Apt #19F

Phone: (347) 290-1243

To your knowledge did the deceased have any of these following conditions:

- ☐ High blood pressure
- ☐ Heart problems
- ☐ Diabetes
- ☐ Seizures
- ☐ Lung problems
- ☐ Tuberculosis
- ☐ Psychiatric Illness
- ☐ Cancer
- ☐ Venereal Disease
- ☐ AIDS
- ☐ Alcohol Abuse
- ☐ Drug Abuse
- ☐ Hepatitis
- ☑ Other: ______
- ☐ Pregnant in last 6 months

If yes, the outcome was:

- ☐ Live Birth
- ☐ Induced termination
- ☐ Spontaneous termination
- ☐ None

Date of outcome ______

If the deceased was treated for any of the above conditions, please list the doctor's name, hospital, clinics, and dates of treatment:

Prior gun shot wounds to the back & lung from 2014

| [signature] L. Sanders | Mother | 5/19/16 |
|---|---|---|
| Signature | Relationship | Date |

ME 2022 (Rev. 8/93)

* the back of this paper they wrote call back [illegible] shows I was there

Exhibit V

Brookdale Hospital Medical Center
One Brookdale Plaza
Brooklyn NY 11212-3139

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER

MCEADDY,CEDRIC
CSN: 110367476?
DOB: 12/10/1998 17 yrs Male
MRN: 3765449
Adm Date: 5/19/2016
No att. providers found

PATIENT PROPERTY SLIP

PATIENT PROPERTY

___ Bathrobes
___ Bed Jackets
One Belts black
___ Blouses
___ Bags
___ Boots
___ Books
___ Brassieres
___ Coat (Describe)
___ Dresses
___ Gloves
___ Handkerchiefs
___ Hats
___ Jackets
___ Nightgowns
___ Neckties
___ Overcoat
___ Overshoes
___ Pajamas
___ Panties
___ Robes

___ Scarves
___ Shirts outer ___ under ___
One Shoes White & gray sneaker
___ Shorts outer ___ under ___
___ Skirts
___ Slippers
___ Slips
___ Stockings
___ Socks
___ Suitcases
___ Suits
___ Sweaters
One Trousers blue Jeans
___ Umbrella
One Undershirts multi-color
___ Underpants
___ Vests

VALUABLES

___ *Dentures Upper ___ Lower ___ Partial ___
___ Beads, prayer
___ Billfold
___ Bracelet
___ Ear rings
___ *Eye Glasses
___ *Contacts
___ *Glass eye Right ___ Left ___
___ *Hearing Aid
___ Keys
*Sensory AIDS

One cell phone

___ Medals
___ Money (amount)
___ Necklace
___ Pens
___ Pencils
___ Pins
___ *Prosthetic Describe
___ Radio
___ Ring
___ Watch
___ Handbag
___ Wig
___ Other

PO CHOBRZELUIC PO 67 Pct SH 18863

AMBULATION DEVICES

___ Cane
___ Crutches
___ Braces
___ Wheelchair

Describe the device ___

Signature of Staff completing form: [signature] Title: PCT Signature of Patient [signature]
Date: 5/19/16 Witness if Patient is unable to sign ___ Title ___
The hospital is not responsible for any personal property, which is not secured in the vault.
Valuables in Vault Receipt Attached ___

WHITE COPY - PATIENT CANARY COPY - CHART

END OF REPORT

Exhibit W

**Brookdale Hospital Medical Center** One Brookdale Plaza Brooklyn NY 11212-3139

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

Brookdale University Hospital and Medical Center

MCEADDY,CEDRIC
CSN: 1103674767
DOB: 12/10/1998 (17 yrs) Male
MRN: 3703448
Adm Date: 5/19/2016
No att. providers found
1103674767

UNKNOWN ADULT,MALE A
CSN: 1103674767
DOB: 5/19/1996 (20 yrs) Male
MRN: 3705449
Adm Date: 5/19/2016
No att. providers found
1103674767

ED trauma Flow Sheet

PAGE 7

| DATE | TIME | Nursing Notes |
| --- | --- | --- |
| | | |

**Disposition**

Post resuscitation status (Outcome)

☐ Resuscitated
☒ Expired Time & Date: 5-19-16 / 0033

Family Notified: (Yes) No Time Notified: ______ Name of Family member notified: Family Notified by 67th Precinct Relationship to patient: ______

Medical Examiners Case: No / Yes: Case #______ Name______ Sharing Network called: No / Yes Case # ______ Name______

(**Sharing network # 1-800-Gift-4-NY (443-8469) 4-letter identifier BDLE or number: 330233

Primary RN Signoff: [signature] Date/Time: 5/19/16 0033 hrs Relieving RN: ______ Date/Time: ______

Admitted To: ______ Discharged To: ______ Dead on Arrival: ______ Transferred To: ______ Expired in ED: ✓ 0033

Time of Disposition 0033 hrs RN Signature [signature]

SCAN (below)

Printed on 6/15/2016 4:21 PM Page 51



Exhibit X

DEPARTMENT OF HEALTH AND MENTAL HYGIENE
OFFICE OF CHIEF MEDICAL EXAMINER
599 Winthrop Street, Brooklyn, New York 11203

**Vincent Ruggiero**
Deputy Director of Mortuary Services
*Office of Chief Medical Examiner*
*520 First Avenue New York, N.Y. 10016*
Tel: 212-447-2049 Fax: 212-447-2703/212-447-6796

# Mortuary Release Form

Case No: **K-16-002715** Time of release: **14:12:23** Date of release: **05/27/2016**

**I, Jason Sheppard (14147),representing the firm of Fairhaven Funeral Chapel, located at 667 Blade Ave, Brooklyn, New York, 11207, Telephone No. (718)-622-4442, hereby certify that I have received from O.C.M.E. mortuary the body of McEaddy, Cedric who died at Brookdale Hospital Medical Center. I have been duly authorized to receive the same by mother of decedent, Sanders, Latisha, who resides at 131 Broome Street , 19F, New York, New York, 10002.**

**I have checked the identifying wrist band, toe tags, photo and verified that they correspond with the deceased that I have been authorized to remove.**

Released By:

[signature]
**Jordan, Brittany**
(O.C.M.E Morgue Technician Releasing Body)

[signature]
**Tafuri, Christina**
(FQS Authorizing Release)

Released To:

[signature]
**Sheppard, Jason** **14147**
(Funeral Director's Signature) (License No.)



Exhibit Y



Exhibit 2

June 2, 2016

Ref: Cedric McEaddy
Date of Death – May 19, 2016

As per the request of Ms. Latisha Sanders (mother of deceased), Fairhaven Memorial Chapel LLC will relinquish the remains of Mr. Cedric McEaddy to Frank J. Barone Funeral Home located on 4502 Ave. D, Brooklyn, NY 11203 with the agreement thast Frank J. Barone Funeral Home and/or Mr. Patrick Marmo (Funeral Home Owner) reimburse Fairhaven Memorial Chapel LLC with payment of current expenses including the Transfer of the deceased to the Funeral Home facility, Embalming and the filing of (3) Certified Death Certificates, (1) Burial Permit and (1) amendment in the city of New York amounting to a total of $1,025.00. Frank J. Barone Funeral Home and the McEaddy/Sanders family releases Fairhaven Memorial Chapel LLC of any Past, Present and/or Future liability associated with Cedric McEaddy and the McEaddy/Sanders family.

Sign: ______________________ Print: ______________________

Frank J. Barone Funeral Home Rep.

Sign: ______________________ Print: ______________________

Mother of the Deceased

Date: ______________________

FAIRHAVENMC.COM

667 Blake Avenue, Brooklyn, New York 11207 • T: 718.622.4442 • F: 917.979.6972 • E: Info@FairhavenMC.com

Exhibit AA

Brookdale Hospital Medical Center
One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

**ED Notes (continued)**

**ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)**

1: GSW, palpable bullet fragment

How many bullets were recoverd from his body?

**Assessment**

Traumatic cardiac arrest, GSW.

**Plan**

See ED course.

**ED Course**

ED thoracotomy and MTP initiated as patient lost vital signs in ED. See procedure notes.
Bedside FAST positive for fluid in morrisons pouch and suprapubic, unable to view splenic recess and pericardium secondary to thoracotomy. Despite resuscitative efforts, patient expired. Time of death 12:33 AM.

Medical examiner notified at 1:14 AM ? what time exactly did DecHaelot Areive @ the Hospital. & is she Licensed to operate in Brookld

D/w investigator Jim Meyer
Case number # K16-2715
Admitting notified at 1:24 AM
Organ donation to be notified by other medical staff or admitting staff.

1:58 AM
Authorities able to locate family members. Now present in ED. Notified of death by members of the 67th precinct. Deceased identified as Cedric McEddy. Medical examiner's office updated of this information.

↳ who did the Detectives Actually Notify?. I wasnt even aware of his death @ this time. so who where they speaking with?

**Central Line**

(EXHIBIT G) BB

HOME-PERMANENT 131 BROOME STREET MANHATTAN NEW YORK 11212

Phone #: HOME: Not Provided/Unavailable CELL: Not Provided/Unavailable BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: Not Provided/Unavailable

| Action against Victim: SHOT | Actions Of Victim Prior To Incident: UNKNOWN |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |

| *WANTED: # 1 of 1* | Name: , | Complaint#: 2016-067-04999 | Arrested: NO |
|---|---|---|---|

Nick/AKA/Maiden:
Sex: UNKNOWN
Race:
Age:
Date Of Birth: UNKNOWN
U.S. Citizen:
Place Of Birth:
Is this person not Proficient in English?:
If Yes, Indicate Language:
Accent: NO

Height: FTIN
Weight: 0
Eye Color:
*Hair Color:*
Hair Length:
Hair Style: UNKNOWN
Skin Tone: UNKN
Complexion: UNKNOWN
S.S. #: 0

Order Of Protection: NO
Issuing Court:
Docket #:
*Expiration Date:*
Order of Protection Violated?
Does Suspect abuse Drugs / Alcohol? NO
Suspect threatened /attempted suicide? NO
Is the suspect Parole / Probation? NO
Relation to Victim: UNKNOWN/NONE
Living together: NO
Can be Identified: NO

Gang/Crew Affiliation:
Name:
Identifiers:

LOCATION ADDRESS CITY STATE/COUNTRY ZIP APT/ROOM HOW LONG? RES. PCT

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: N.Y.C. Housing Employee: On Duty:
Development: N.Y.C. Transit Employee:

Physical Force:

**Weapons:**

Gun: UNKNOWN FIREARM
Weapon Used/Possessed: USED/DISPLAYED
Non-Firearm Weapon:
Other Weapon Description:

Make:
Caliber:
Color:
Type:
Other/Gun Specify:
Discharged: YES

Recovered: NO
Serial Number Defaced:
Serial Number:

Used Transit System:
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | FIRED SHOT |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**No IMEI Data for Complaint # 2016-067-04999**

Exhibit CC

The DNAinfo archives brought to you by WNYC.
Read the press release here. (https://www.wnyc.org/press/acquires-gothamist/22318/)

DITMAS PARK & FLATBUSH (HTTPS://WWW.DNAINFO.COM/NEW-YORK/BROOKLYN/KENSINGTON-FLATBUSH-DITMAS-PARK)

Crime & Mayhem (https://www.dnainfo.com/new-york/topics/crime-mayhem)

# Teen Bystander Killed as Mugger Opens Fire in Botched Robbery, NYPD Says

By Ben Fractenberg (https://www.dnainfo.com/new-york/about-us/our-team/editorial-team/ben-fractenberg), Aidan Gardiner (https://www.dnainfo.com/new-york/about-us/our-team/editorial-team/aidan-gardiner) and Julia Bottles (https://www.dnainfo.com/new-york/about-us/our-team/editorial-team/julia-bottles) | May 19, 2016 9:50am | *Updated on May 19, 2016 1:50pm*

Cedric McEaddy, 17, was fatally shot in the torso during a botched robbery, police said.

View Full Caption DNAinfo/Ben Fractenberg

BROOKLYN — A teenage bystander was killed when would-be muggers tried to rob another man, but then opened fire in East Flatbush Wednesday night, police (http://www.nyc.gov/html/nypd/html/home/home.shtml) said.

A 24-year-old man was at 1003 Willmohr St., near East 92nd Street, minutes before midnight when a gunman came up and demanded money, an NYPD spokesman said.

Two more armed men joined the mugger and then opened fire, police said. Witnesses told police they heard four shots, officials said.

A stray bullet hit Cedric McEaddy, 17, in the torso, police said.

McEaddy, who lived nearby on East 95th Street, was pronounced dead at Brookdale Hospital (https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=1&cad=rja&uact=8&ved=0ahUKEwirjZ79kObMAhWIVD4KHVIxBDQQFggdMAA&url=I F628qWAP6tQ&bvm=bv.122129774,d.cWw), police said.

The other man, whose name wasn't immediately released, was hit in the right hand and hip and treated at the same hospital where he was listed in stable condition, police said.

The DNAinfo archives brought to you by WNYC.
Read the press release here. (https://www.wnyc.org/press/acquires-gothamist/22318/)

"He's a very polite young man," said Nebert Cox, 53, who lives on the same floor as the 24-year-old victim and said he used to help carry her groceries.

"We never had anything like this," she added. "We're like family here."

Police don't believe the 24-year-old knew McEaddy.

There were no immediate arrests, police said. One of the suspects wore a red hoodie, police said.

McEaddy's death was the second gun-related homicide in the neighborhood Wednesday night, according to police.

About four hours earlier, Dwayne Stephens was gunned down on Avenue D, police said. There were no immediate arrests in that shooting either.

Content was blocked because it was not signed by a valid security certificate.

   

**Recommended**

WEST HARLEM » (HTTPS://WWW.DNAINFO.COM/NEW-YORK/MANHATTAN/HARLEM)
**Famed Architect George Ranalli Ditches Chelsea for Harlem** (https://www.dnainfo.com/new-york/20141113/west-harlem/famed-architect-george-ranalli-ditches-chelsea-for-harlem)

(https://www.dnainfo.co 3/west- -

SOUTH JAMAICA » (HTTPS://WWW.DNAINFO.COM/NEW-YORK/QUEENS/SOUTH-JAMAICA-SPRINGFIELD-GARDENS-ROSEDALE)
**Family and Friends Mourn Death of Kidnapped Harlem Mom** (https://www.dnainfo.com/new-york/20131211/south-jamaica/family-friends-mourn-death-of-kidnapped-harlem-mom)

(https://www.dnainfo.co 1/south- y/-

EAST VILLAGE » (HTTPS://WWW.DNAINFO.COM/NEW-YORK/MANHATTAN/EAST-VILLAGE-LOWER-EAST-SIDE)
**David Barton Gyms Abruptly Close as Other Gyms Scoop Up Members** (https://www.dnainfo.com/new-york/20161221/east-village/david-barton-gyms-close)

(https://www.dnainfo.co 1/east-

SOHO » (HTTPS://WWW.DNAINFO.COM/NEW-YORK/MANHATTAN/GREENWICH-VILLAGE-SOHO)
**New Restaurant 'Navy' Docks On Sullivan Street** (https://www.dnainfo.com/new-york/20140227/soho/new-restaurant-navy-docks-on-sullivan-street)

(https://www.dnainfo.co york/20140227/soho/new restaurant- navy-docks- on-sullivan- street)

(https://www.dnainfo.com/new-york)

DNAinfo is New York's leading neighborhood news source. We deliver up-to-the-minute reports on entertainment, education, politics, crime, sports, and dining. Our award-winning journalists find the stories - big or small - that matter most to New Yorkers.

Exhibit DD

DAILY NEWS

# Teen killed by stray bullet in Brooklyn armed robbery

BY JOSEPH STEPANSKY KELDY ORTIZ ROCCO PARASCANDOLA

NEW YORK DAILY NEWS Updated: Thursday, May 19, 2016, 10:05 PM





Cedric McEaddy, 17, was fatally shot three blocks from his home in Brownsville on Wednesday night. (VIA FACEBOOK)

A 17-year-old boy was killed by a stray bullet in Brooklyn when the gunman shot and wounded a man he was trying to rob, police said Thursday.

The slug hit aspiring rapper Cedric McEaddy in the midsection on Willmohr St. near E. 92nd St. in Brownsville about 10:50 p.m. Wednesday, cops said. He was rushed to Brookdale University Hospital but could not be saved.

Police said McEaddy, whose stage name was Suave Bandz, was shot by mistake when a gunman confronted a 24-year-old man during an apparent robbery and opened fire.

The robbery victim, blasted in the hip and right hand, was in stable condition at Brookdale University Hospital, officials said.

McEaddy's relatives, however, said his friends told them he was ambushed by someone who was waiting in a car.

"People who know him think it was a setup," said an uncle, Dominique Sanders, 24. "When you're an up-and-coming rapper and you start to do well, people get envious."



The deadly shooting took place on Willmohr St. near E. 92nd St. in Brownsville, Brooklyn, late Wednesday, cops said. (KEN MURRAY/NEW YORK DAILY NEWS)

An aunt, Ebony Sanders, 33, lamented a life lost too soon.

"He had a life ahead of him," she said. "It was a senseless act."

The gunman was being sought Thursday night.

Soon after the shooting, friends flooded his Facebook page with condolences and spread the word about a candlelight memorial.

---

© 2016 New York Daily News

Exhibit EE

**Brookdale Hospital Medical Center** One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

**Other Notes (continued)**

**H&P by Samantha Wolfe, MD at 05/19/16 0105 (continued)**

pRBCs were available in <5 min but 1 unit was sent back due to clerical error. The other unit was initiated infusing. FAST was positive for free fluid in morrison's pouch and suprapubically. At this time, resuscitative efforts were deemed futile and pt was pronounced dead at 12:33AM. All members of trauma surgery and trauma attending physician were present.

? How did ETOH get into his system? as indicated in autopsy report?

Allergies not on file
No current facility-administered medications for this encounter.
No current outpatient prescriptions on file.
No past medical history on file.
No past surgical history on file.

**History**

Social History

- Marital Status: Unknown
  - Spouse Name: N/A
  - Number of Children: N/A
- Years of Education: N/A

Occupational History

- Not on file.

Social History Main Topics

- Smoking status: Not on file
- Smokeless tobacco: Not on file
- Alcohol Use: Not on file
- Drug Use: Not on file
- Sexual Activity: Not on file

Other Topics Concern

- Not on file

Social History Narrative

- No narrative on file

No family history on file.

**Review of Systems**

See HPI

**Primary Survey Time**

(A) Airway: Intubated
(B) Breathing: Bag mask RR: 22
(C) Circulation: No peripheral pulses
HR: 44 BP: 75/60 Cap Refill: Prolonged
(D) Disability: GCS 3T

Eye opening: 1

Exhibit F

**Brookdale Hospital Medical Center** One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

**Other Notes (continued)**

**H&P by Samantha Wolfe, MD at 05/19/16 0105 (continued)**

Verbal: 1
Motor: 1
GCS Total: 3

(E) LOC: Yes
How long: ?

## Resuscitation Phase

(A) O2 Pulse Oximetry: 75
(B) PIV Access/Fluids:18 gauge b/l AC Trauma Panel: No
(C) NG: No
(D) Foley: No
(E) Procedures:
- (1) FAST: Yes Positive: Yes
- (2) Chest Tube: Yes Size: 36F
- (3) Central Access: R femoral Cordis
- (4) Blood: 1 unit PRBC partially infused MTP Protocol: yes
- (5) Thoracotomy: Yes
- (6) CPR: No

## Secondary Survey

PE:
Gen: Young male, unresponsive
HEENT: Pupils fixed and dilated
Neuro: GCS 3T
Chest: Left anterior thoracotomy
Pulm: Left hemothorax with left diarphram injury
Abd: Soft, non distended, single GSW in left mid axillary line at 10-11 ICS
Back: Single bullet wound posterior to mid axillary line at right L3-4 level
Rectal: no tone
GU: Abrasion vs graze wound to anterior scrotum
Ext: No obvious deformities
Vasc: No peripheral pulses

**Impression/Plan:** 17 yo M s/p single GSW to thoracoabdominal area causing hemorrhagic shock. Resusitiative efforts failed to improve vitals and patient was pronouced dead at 12:33 am

- ME and Live On NY notified by ED
- Family present in ED and notified

Printed on 6/15/2016 4:21 PM Page 10

Exhibit G6

Brookdale Hospital Medical Center
One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

**CHEST TUBE INSERTION (continued)** Completed

GSW (gunshot wound):

Amount and/or Complexity of Data Reviewed
Discuss the patient with other providers: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: high
Diagnostic procedures: high
Management options: high

Patient Progress
Patient progress: other (comment) (expired)

I last reviewed vital signs at -

## Blood Bank - All Orders and Results

**Thawed Plasma** Completed

Ordering user: Lab In Hlseven Edi 05/19/16 0000
Ordering provider: Provider Unassigned
Electronically signed by: Lab In Hlseven Edi 05/19/16 0000

**Preliminary result**

Resulting Lab: SCC LAB
Narrative:
W047016121614 selected
W047016158641 selected
W047016156497 selected

**Preliminary result**

Resulting Lab: SCC LAB
Narrative:
W047016121614 issued
W047016158641 issued
W047016156497 issued

**Preliminary result**

Resulting Lab: SCC LAB
Narrative:
W047016121614 released
W047016158641 released
W047016156497 released

**Single Donor Platelets** Completed

Ordering user: Lab In Hlseven Edi 05/19/16 0000
Ordering provider: Provider Unassigned
Electronically signed by: Lab In Hlseven Edi 05/19/16 0000

**Preliminary result**

Printed on 6/15/2016 4:21 PM Page 19

Exhibit HH

**Brookdale Hospital Medical Center** One Brookdale Plaza Brooklyn NY 11212-3139 ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Blood Bank - All Orders and Results (continued)

**Single Donor Platelets (continued)** — Completed

Resulting Lab: SCC LAB

| Component | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 selected | |

Preliminary result

Resulting Lab: SCC LAB

| Component | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 issued | |

Preliminary result

Resulting Lab: SCC LAB

| Component | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 released | |

## PR Charge - All Orders and Results

**THORACOTOMY,CTRL TRAUMA BLEED** — Completed

Ordering user: Sandra Sicular, MD 05/19/16 0104    Ordering provider: Sandra Sicular, MD

Electronically signed by: Sandra Sicular, MD 05/19/16 0104

Final result

Narrative: Sandra Sicular, MD 5/19/2016 2:01 AM
Time of First Contact:
I saw the patient at: 0018 [05/19/16 0040]

History

Chief Complaint
Patient presents with
• Gun Shot Wound

HPI

20 y.o. Male A Unknown Adult bibems as a prenotification for gsw to left chest, intubated. Level 1 trauma code called prior to arrival, Dr. Toribio and trauma team present on arrival of patient. As per ems, patient found talking on street, in transit became altered, hypotensive, 18 gauge IV with NS running to left AC prior to arrival, intubated prior to arrival. Had vital signs in transit, lost pulses in ambulance bay.

Printed on 6/15/2016 4:21 PM Page 20

Exhibit II

**Brookdale Hospital Medical Center** One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 12/10/1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Flowsheets (continued)

| | | |
|---|---|---|
| | Coggins, RN 05/19/16 0159 | Coggins, RN 05/19/16 0041 |

| | 0033 |
|---|---|
| **Vitals** | |
| Charting Type | -- Blood Stopped -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0053 |

| | 0032 |
|---|---|
| **Pre-Transfusion Documentation** | |
| Will patient accept blood? | -- Emergency Transfusion -AC |
| Pre-Meds Given? | No -AC |
| Blood Admin Consent Obtained / Verified | -- Emergency Transfusion -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0034 |

?

– If no pre meds Given what is BTOL 44 ? on 6/cum notes

? Who gave consent

Cardiac Assessment - Thu May 19, 2016

| | 0020 |
|---|---|
| **Cardiac** | |
| Cardiac (WDL) | Exceptions to WDL GSW L chest -AC |
| Cardiac Regularity | Comment (Specify) -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0142 |

| | 0020 |
|---|---|
| **Cardiac Monitoring** | |
| Cardiac Monitor On | Yes -AC |
| Cardiac Monitor Audible | Yes -AC |
| Alarms Set | Yes -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0142 |

Custom Formula Data - Thu May 19, 2016

| | 0019 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 1.77 sq meters -AC |