UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

.......................... JAN -4 PM 4: 12 .... X

Received by the Pro Se Office
1/4/2021-KC

| | |
|---|---|
| LATISHA SANDERS INDIVIDUALLY, AND AS ADMINISTRATOR, MOTHER AND NEXT OF KIN FOR DECEASED MINOR CHILD CEDRIC MCEADDY,<br><br>Plaintiff,<br>-against-<br><br>LIVEON NEW YORK ORGAN DONATION,<br>RN ALTHEA COGGINS IN HER OFFICIAL AND INDIVIDUAL CAPACITY,<br>MD SANDRA SICULAR IN HER OFFICIAL AND INDIVIDUAL CAPACITY<br>BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,<br>OFFICE CHIEF MEDICAL EXAMINER,<br>DR. AGLAE CHARLOT IN HER OFFICIAL AND INDIVIDUAL CAPACITY,<br>DETECTIVE ORTIZ IN HIS OFFICIAL AND INDIVIDUAL CAPACITY<br>FAIRHAVEN MEMORIAL CHAPEL JASON SHEPPARD<br><br>Defendants, | CASE NO.   1:16-CV-06526-CBA-SJB<br><br>**PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**WITHOUT JURY TRIAL**<br><br>**FILED**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★   JAN 0 4 2021   ★<br><br>BROOKLYN OFFICE |

Pursuant to Fed. R. Civil P. 56, Plaintiff Latisha Sanders appearing *pro se*, submits this Opposition to the pending Motion for Summary Judgment, on file herein, to demonstrate to the Court that there is a genuine issue of material fact in this case that precludes the entry of a judgment as a matter of law.

This Opposition is based upon and supported by the following Memorandum of Points and Authorities, the pleadings and papers on file, the affidavits and exhibits attached hereto, and

any arguments that the Court may allow at the time of hearing. Monetary relief in the amount of $250,000 is being sought should this Court rule in favor of the Plaintiff.

**Please take further notice** that pursuant to the scheduling order issued on November 24, 2020, the Defendants shall serve a reply response on or before January 14, 2021. The motion is returnable January 18, 2021.

DATED this 30th day of

December, 2020.

Respectfully submitted by:

Plaintiff, *Pro Se*
131 Broome Street Apt #19F
New York, New York 10002
(646)215-1455

Latisha.Sanders999@gmail.com

To:: By emai to Judy.Selmeci@WilsonElser.com and
by first class mail and certified mail, return receipt requested
Attorney for the Defendant LiveOnNY
Judy Selmeci
150 East 42nd Street
New York, New York 10017-5639

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

.............................................X

| | |
|---|---|
| LATISHA SANDERS, INDIVIDUALLY, AND AS ADMINISTRATOR, MOTHER AND NEXT OF KIN FOR DECEASED MINOR CHILD CEDRIC MCEADDY,<br><br>Plaintiff,<br><br>-against- | CASE NO. 1:16-CV-06526-CBA-SJB |
| LIVEON NEW YORK ORGAN DONATION, RN ALTHEA COGGINS IN HER OFFICIAL AND INDIVIDUAL CAPACITY, MD SANDRA SICULAR IN HER OFFICIAL AND INDIVIDUAL CAPACITY BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER, OFFICE CHIEF MEDICAL EXAMINER, DR. AGLAE CHARLOT IN HER OFFICIAL AND INDIVIDUAL CAPACITY, DETECTIVE ORTIZ IN HIS OFFICIAL AND INDIVIDUAL CAPACITY FAIRHAVEN MEMORIAL CHAPEL JASON SHEPPARD<br><br>Defendants, | PLAINTIFF'S DECLARATION IN SUPPORT OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

LATISHA M. SANDERS, being first duly sworn, deposes and states as follows:

1.      My name is LATISHA M. SANDERS, I am over twenty-one (21) years of age, suffer from no legal disability, and am competent to make this declaration. I have personal knowledge of the facts set forth in this declaration and all of the facts recited herein are true and correct.

2.     I am a Pro Se Plaintiff representing myself without counsel. I am the mother, next of kin and Administrator to the Estate of the deceased Cedric McEaddy.

3.     This declaration is submitted in support of the within Opposition to Motion to Dismiss Pursuant 28 U.S. Code § 1746 and to Oppose the Dismissal of Defendants LiveOnNY NY request Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56. Granting Plaintiff a monetary prayer relief.

# EXHIBIT

Exhibit A:     Brookdale Hospital Medical Records for the Alleged Deceased

Exhibit B:     Brookdale Hospital Deposition Transcript By Jose Maria

Exhibit C:     Office Chief Medical Examiner Autopsy Said To Be That Of The Deceased Cedric McEaddy "a.k.a" Unknown Male Age 20

Exhibit D:     LiveOnNY Standard Operating Procedures

*(Checking the Donor Registry (325),Pgs.1-3)*

*(Identification of Party to Authorize Donation/Diligent Search & Administrative Authorization Pgs.1-6)*

*(Communicating with Hospitals and Funeral Homes and Placing and Maintaining Holds Pgs. 1-3)*

*(Telephonic Authorization for Organ and or Tissue Donation Pgs.1-6)*

*(Tissue Telephonic Authorization Pgs. 1-10)*

*(Tissue Donor Evaluation Process & Time Limits for Tissue Recovery Pgs. 1-7)*

Exhibit E:     LiveOnNY Motion To Dismiss

*(LiveOnNY Memorandum Of Law in Support of its Motion to Dismiss, or in the Alternative, For Summary Judgment)*

*(Declaration in Support of LiveOnNY's Motion to Dismiss or, in the Alternative for Summary Judgment)*

*(LiveOnNY's Notice of Motion to Dismiss Pursuant to Rule 12(b)(6) and (c) or, in the Alternative, for Summary Judgment Pursuant to Rule 56)*

Exhibit F:     Photos From The OCME, Fairhaven Memorial Chapel, Frank Barone Funeral Home That To Be Of the Deceased Cedric McEaddy

Exhibit G:    NYPD Detective Jose Ortiz Written Interview Regarding The Alleged
              Murder Of The Decease Cedric McEaddy

              *(Interview Of Girlfriend Ajanee Williams At 1:20am On May 19, 2016 By
              Detective Jose Ortiz)*

              *(Interview Of Grandmother Clarissa Sanders At Brookdale Hospital At
              1:25am On May 19, 2016 By Detective Jose Ortiz)*


              (Provided To The Courts and To Defendant LiveOnNY By USB Drive)

Photos Of The Alleged Decedent Cedric McEaddy "a.k.a" Unknown, Unclaimed Body Remains
Provide d BY The Office Chief Examiner on August 16, 2016.

Photos Of The Alleged Decedent Name(s) Noted Above Taken By Plaintiff May 28, 2016 At The
Fairhaven Chapel Memorial

- Set (1) OCME

- Set (2) Fairhaven Memorial Chapel On May 28, 2016

- Set (3)  Frank Barone Funeral Home On July 7, 2016


I Plaintiff Latisha Sanders affirms to be true the photos provided by USB as exhibits. Also
requesting the Courts to take Judicial Notice of the exhibited evidence in Support of Plaintiff's
Proposed Finding Of Facts.


## Summary of Argument


4.        Defendant LiveOnNY stated in (Para. (¶) 4) of its Declaration to Support its Motion
for Summary Judgment that there were no genuine dispute as to any material facts regarding
the Loss Right of Sepulcher alleged by plaintiff that an interference had occurred. However,
in this matter being brought for to the courts Plaintiff seeks a decision for a final judgment
granting a monetary awarded. The defendants argument disputes that there are no material

facts at issue to the Loss Right of Sepulcher without providing any reputable evidentiary proof to disprove Plaintiffs claim. Therefore, the Courts should move denying the defendants motion as it would be just in a matter of law for a lack of its own evidence to support its dispute.

5.      This motion brought forth by the defendants is being done repetitiously. LiveOnNY 1st attempt at dismissing the complaint and moving for summary Judgment rises on August 9, 2018 (Exh. E). The Defendant has re-alleged the same argument that a ruling to dismiss the claims of Loss Right of Sepulcher survived in favor of the Plaintiff and denied the defendants motion for summary judgment. (Dock # (¶) 133, 140)

## Procedural History

6.      The complaint herein was duly brought forth due to the Mutilation, Untimely Notification of death of Plaintiffs minor son and a continuous violations to Plaintiff Right of Procedural Due Process arising from 42 U.S. Code § 1983 for Deprivation of Rights. Which sprung forth from an interference to the immediate access to the alleged deceased body alleged with the Defendants in whom suit was brought forth. On May 8, 2016 Plaintiff brought forth a legal suit in the Southern District Court of New York and later at its courts request transferred the case to the Eastern District Court of New York. Eastern District Court granted Plaintiff Forma Pauperis in which now this dispute with LiveOnNY arises. (Dock (¶)1, 2,3,4)

7.      On September 6, 2018 I Plaintiff filed an amended complaint. On October 5, 2018 LiveOnNY filed a dis-positive motion to dismiss Plaintiff amended complaint and moved for summary judgment. (Dock (¶) 46, 59)

8.     A court issued memorandum order was rendered on September 30, 2019 dismissing parts of Plaintiff claims against LiveOnNY and grants in part Plaintiffs claim of Loss Right of Sepulcher. (Dock (¶) 133)

9.     Plaintiff cannot recall or deny the Defendants written amended answer with accordance to its argument of immunity as its affirmative defense or if its determined Court outcome. (Dock (¶) 140)

10.     Plaintiff agrees that two depositions were held by both LiveOnNY and Plaintiff that took place on March 12, 2020 with attorney for LiveOnNY Ms. Jennifer Cooperman. At the Eastern District Court of New York. Also with attorney Judy Selmeci and Kristen Caprini conducted Remotely.

11.     Plaintiff does not recall any ruling to extend discovery or as being granted by the Courts for the defendant or plaintiff on the date of September 21, 2020.

12.     As written herein in Plaintiffs response to line 12 of the defendants declaration in support of LiveOnNY motion for Summary Judgment Plaintiff denies all alleged and written by the defendants to not be truthful.

13.     Plaintiff re alleges the same as in line 12 to be the same as in line 13 of the defendants written accounts to its own perspectives and deems this paragraph to be not truthful.

## Conclusion

It is plaintiffs belief that the defendant LiveOnNY is being purposefully deceptive in its writ

to all that is alleged within paragraphs 1–13.

Dated:  New York, New York

December 30, 2020

Respectfully,

LATISHA SANDERS
Plaintiff *Pro Se*
131 Broome Street,
Apt #19F
New York, NY, 10002
646–215–1455
Latisha.Sanders999@gmail.com

To:  By email to Judy.Selmeci@WilsonElser.com and
by first class mail and certified mail, return receipt requested
Attorney for defendant LiveOnNY
Judy C. Selmeci
150 East 42nd Street
New York, New York 10017–5639
(212) 490–3000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
......................................................x

| | |
|---|---|
| LATISHA SANDERS INDIVIDUALLY, AND AS ADMINISTRATOR, MOTHER AND NEXT OF KIN FOR DECEASED MINOR CHILD CEDRIC MCEADDY,<br><br>                     Plaintiff,<br><br>–against–<br><br><br>LIVEON NEW YORK ORGAN DONATION,<br>RN ALTHEA COGGINS IN HER OFFICIAL AND INDIVIDUAL CAPACITY,<br>MD SANDRA SICULAR IN HER OFFICIAL AND INDIVIDUAL CAPACITY<br>BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,<br>OFFICE CHIEF MEDICAL EXAMINER,<br>DR. AGLAE CHARLOT IN HER OFFICIAL AND INDIVIDUAL CAPACITY,<br>DETECTIVE ORTIZ IN HIS OFFICIAL AND INDIVIDUAL CAPACITY<br>FAIRHAVEN MEMORIAL CHAPEL JASON SHEPPARD<br>                Defendants, | CASE NO.   1:16–CV–06526–CBA–SJB |

## Plaintiff Memorandum of Law In Opposition to Defendants

## Motion for Summary Judgment

Latisha Sanders, *Pro Se*

131 Broome Street, Apt #19F

New York, New York

(646) 215–1455

Latisha.Sanders999@gmail.com

# Table of Contents

Page

Preliminary Statement..................................................................................1

Legal Standard..........................................................................................4

...    Rule 56 Motion for Summary Judgement ...........................................4,5

...    Pro Se Litigants' Complaints................................................................8

Arguement.................................................................................................9

    Point I LiveOnNY did not Recover Organs or Tissue from the
    Decedent......................................................................15

    Point II    LiveOnNY did not Interfere with Paintiff's Possession
    of the Body...................................................................16

      --    LiveOnNY Did not Have Possession of the Body,
    Therefore it is Entitled to Summary Judgement as
    a Matter of Law..............................................................16

      --    The "Hold" is a Discretionary Excercise of the Medical
    Examiner's Authority for which No Action Lies and
    Certaintly None Against LiveOnNY...................................18

      --    In Any Event, There is No Proximate Causation Between
    the Hold and the ME's Activities......................................18

    Point III    LiveOnNY is Immune from Liability Pursuant to N.Y
    Pub. H. Law  § 4306.......................................................19

Conclusion................................................................................................23

# Table of Authorities

Cases                                                       **Page**

*AG Capital Funding Partnership. L.P vs. State Street Bank And Tr.;*
5 N.Y. 3d, 582,590–91 (2005)...................................................4

*Bambrick v. Booth Mem'l Med. Ctr.,*
190 A.D. 2d 646 (1993)...........................................................11

*Brickerstaff v. Vassar Coll.,*
196 F. 3d 435, 455 (2d Cir. 1999)..........................................5.6

*Carroll v. Knickerbocker Ice Co.,*
196 F. 3d 435, 455 (2d Cir. 1999)............................................5

*Cushing v. Moore,*
970 F. 2D 1103, 1106 (2d Cir.1992).........................................13

*Darcy v. Presbyterian Hosp.,*
95. NE 695, 696. 696 (NY. 1911).................................................

*Duffy v. The City of New York,*
178 A.D. 2d 370 (1st Dep't)(1991)...........................................18

*Eastern and Southern Dist, Asbestos Litig;*
14 F. 3D 726, 730, n.2 (2d Cir. 1993).......................................13

*Emeagwali v. Brooklyn Hosp. Ctr.,*
No.29765/98, 2006 WL 435813 (N.Y App. Div Feb. 22.2006).....................

*Erickson v. Pardus,*
551 U.S 89,94, 127 S.Ct. (2nd Cir. 1986)......................................8

*Foley v. Phelps.,*
37 NYS 4 71,473 (App Div. 1st Dep't 1896).....................................................

*Golden v. Merrill Lynch & Co*
No. 06 Civ. 2970, 2007 WL 42 99443, at *17 (S.D.N.Y. Dec.6 2007)...........6

*Harris Cunningham v. Med Examin'r of N.Y County,*
690 N.Y.S. 2d 253, 254 (App. Div. 2d Dep. 4 1999)...................................

*Hayes v. N.Y.C. Dep't. of Corr.,*
84 F. 3d 614, 619 (2d Cir. 1996).................................................................6

*Henderson v. Kingsbrook Jewish Med. Ctr.,*
91 AD 3d 720, 721 ..............................................................................

*Kennedy–McInnis v Bionmedical Tissue Serv.,*
178 F. Supp. 3d 97 (Larimer, D., U.S.D.J., W.D.N.Y 2016).......................

*Laner v. City of N.Y*
733, N.E. 2d 184 (N.Y. 2000).................................................................

*Leon v. Martinez,*
84 N.Y. 2d 83,88 (1994)........................................................................4,5

*Mack v. Brown,*
82 A.D 3d 133,137 (2nd Dept 2011)..........................................................18

*Melfi v. Mount Sinai Hosp.,*
877 N.Y.S 2d 300,304 (App. Div. 1st Dep't 2008)...................................

*Pezham v. City of New York,*
29.AD 3d 164, 168, 812 N.Y.S 2d 14. 18, (1st Dep't 2006)........................8

*Ramos v. Baldor Specilaity Foods, Inc.,*
Civ, 6271 (RMB) (S.D.N.Y Jun. 16. 2011).....................................................5

Rosen v. Baum,
164 aD.2d 809, 811, 559 N.Y.S 2d 541, 542 (1sr Sep't 1990)...................8

Shipley v. City of New York,
25 N.Y.3d 645 (2015) 37 N.E.3d 58 16 N.Y.S 3d 1....................................16

Washington v. James,
782 F. 2D 1134, 1138, (2nd Cir. 1986).........................................................8

Rules
Fed.R.Civ.P 56.......................................................................................4

Fed.R. Evid 102................................................................................6,19

Fed.R. Evid 103....................................................................................6

Fed.R. Evid 104................................................................................6,15

Fed.R. Evid 301.............................................................................7,15,20

Fed.R. Evid 302....................................................................................7

Fed.R. Evid 401...................................................................................20

Fed.R. Evid 402....................................................................................7

Fed.R. Evid 403........................................................................1,7,17,19

Fed.R. Evid 404.................................................................................... 7

Fed.R. Evid 801.....................................................................................17

Fed.R. Evid 802.....................................................................................17

Fed.R. Evid 803.....................................................................................17

Fed.R. Evid 901.....................................................................................17

Fed.R. Evid 902...............................................................................2,7,17

Fed.R. Evid 1006..................................................................................12

**Regulations**

21 CFRS § 1270.21..........................................................................20,21

21 C F R § 1270.33............................................................................20,21

28 U.S.C. § (5) 1367 (c)(3)....................................................................13

N.Y. Pub. Law 42............................................................................1,9,11

N.Y. Pub. H. Law 4301...........................................................................21

N.Y. Pub. H. Law § 4306........................................................................19

## Prelimanary Statement

I Pro Se, Plaintiff Latisha Sanders am writing in Opposition Response to the Defandant LiveOn NY Motion to Summary Judgement for the issue brought forth to the courts on August 8, 2016 see (Dock #2) regarding the deceased minor Cedric McEaddy age 17yrs old, "aka" Unknown" Male aged 20. The claim alleged arises under the N.Y Tort Pub. H. Law Article 42 for the claim of Loss Right of Sepulcher. In Plaintiff's response motion, Plaintiff shall dispute LiveOnNY Memorandum of Law, its Statement of Undisputed Facts in which it alleges LiveOn NY has not interfered with plaintiff's immediate access to the body of the deceased. Also, its unsupported dispute without any supported ducmentary evidence to the material of facts that LiveOn NY has not recoverd organs/tissue from the deceased or intereferred with Plaintiff's right to immediate possession of the body. LiveOnNY has not provided sufficient evidence to support its motion that a trial or jury could rule in its favor according to the Fed. R. Evid. 403 waisting

the courts time and needlessly presenting cumulative documents without ever introducing any new evidence to support its first attempt at a Motion to Dismiss and Summary Judgement see (Dock# 133) ruling. Also, under Fed. R. Evid. 902(13),(14) LiveOnNY has not presented any certified evidentiary proof of its call between Office Chief Medical Examiner and Brookdale Hospital withouts any sworn statements, affirmation, declartions or deposition from any of the prior co-defendant's attesting to the calls provided by LiveOnNY to which any reasonable juror can prove that the calls provided by LiveOnNY are even of the said person(s) on each call.

Plaintiff is asking the courts to take judicial notice of the evidence LiveOnNY has provided to the courts which are the same it has provided during its prior pleading and decide not on the authorities LiveOn NY sites without taking into account it has no true evidence to support even after discovery that organs/tissue were not removed and that its now alleged "limited" hold did not interfere with the Plaintiff's Loss Right of Sepulcher and deny the Defenfants Motion for Summary Judgement ruling in favor of the Plaintiff for monetary relief sought.

There is no genuine dispute to the material facts presented by the Plaintiff in the

amended complaint see (Exh. A) of the Defendant's Undisputed Facts.

Defendant cannot dispute without any evidence other than its own Declarations

see (Exh.C,D and E) of defendants Satement of Undisputed facts. Plaintiff is

therefore entitled to a monetary judgment as a matter of law.

## Legal Standard

A party seeking summary judgment must demonstrate, prima facie, entitlement to judgment as a matter of law by presenting sufficient evidence to negate any material issue of fact. If the movement meets this burden, the opponent must rebut the prima facie showing by submitting admissible evidence demonstrating the existence of factual issues requiring a trial. Otherwise, the motion must be denied, regardless of the sufficiency of the motion.

In reveiwing motions for Summary Judgement, it is axiomatoc that the Court reviews the record in the light most favorable to the non-moving party and accord that party the benefit of every possible inference E.g., **Leon v. Martinez** 84 N.Y.2d 83,88 (1994); see also **AG Capital Funding Partners. L.P. v. State Street Bank and Tr.**, 5. N.Y. 3d 582,590-91 (2005) (moving party must show documentary evidence consclusively refutes Plaintiff's allegations); id at 476 (any deficiencies in complaint may be amplified by supplemental pleadings and and other evidence). The Court must "determine" only whether the facts as alleged fit within only cognizable legal theory.

4

In LiveOnNY legal Standard pg2. cites cases infering a trial. However, LiveOnNY Local Rule 56.2. Notice states that LiveOnNY has asked the court to decide the case without a trial based on written materials, including affidavits, submitted in support of the motion. Also, note the motion letter to the courts, the plaintiff has aslo written stating in lite of Covid-19 Plaintiff would be asking the courts to review the case and decide without a jury trial. See (Dock #174).

In this motion LiveOn NY as the moving party must show documentary evidence that can conclusively refute the Plaintiff and the Courts must determine only whether the facts as alleged fit within any cognizable legal theory. [.] "**Leon,** 84 N.Y. 2d at 87. Summary Judgement in this case should be denied by the moving party when its employee declarations are not admissible evidence to support a Summary Judgment. **Carroll v. Knickerbocker Ice Company** 218 N.Y. 435, 113 N.E. 507 (1916). The moving party declarations does not have sufficient factual evidence behind them. The Defendant Declarations in its Statement of Undisputed Facts see (Exh. C,D,E) has not been subject to cross examination. **Brickerstaff v. Vassar Coll.,** 196 F. 3d 435, 455 (2d Cir. 1999), **Ramos v, Baldor Specialty Foods, Inc.** 10. Cir. 6271 (RMB) (S.D.N.Y. Jun.16, 2011). Also were contradictory testimony of a declaration contradicts that of

5

Defendant deposition in this Summary Judgement should be rejected and denied. :**Golden,** 2007 WL 4299443, at *9 (collecting cases) see **Bickerstaff,** 196 F.3d at 455; **Hayes,** 84 F.3d at 619.

It is beyond cavil that a party may not create an issue of fact by submitting an affidavit in a Summary judgement that contradicts the affiants deposition testimony "**Bickerstaff v. Vassar Coll,** 196 F.3d 435, 455 (2d Cir. 1996) (quoting **Hayes v. N.Y.C Dep't of Corr.,** 84 F.3d 614, 619 (2d Cir. 1996) (internal alterations ommitted)). Fed. R. Evid. Rule 102 Purpose states rules should be construed so as to administer every proceeding fairly, to eliminate unjustifiable expense and delay and promote the development of evidence law, to the end of ascetaining the truth and securing a just determination. (As amended Apr. 26, 2011, eff. Dec. 1, 2011).

In Fed. R. Evid Rule 104 (b) states when the relevance of evidene depends on whether a fact exists, proof must be introduced sufficient to support a finding that the fact does exist. The Court may admit the poposed evidence on the condition that the proof be intoduced later. LiveOn NY has not shown any new substantiated evidentiary proof from its first attempt at summary judgment. When considering Fed.R. Evid Rule 301, In a civil case, unless a

federal statute or these rules provide otherwise, the party against whom a presumption is directed has the burden of producing evidence to rebut the presumption. But this rule does not shift the burden of persuasion, which remains on the party who had it originally. In applying Fed. R. Evid 302 In a civil case, the state law governs the effect of a presumption regarding a claim or defense for which state law supplies the rule of decision.

Under Article IV. Relevance and its Limits Fed. R. Evid. 402 also allows the Courts in Judicial Matters, Congressionals to test for relevents the Legal Standard of the Courts to decide. In this case where LiveOn NY and Plaintiff has asked the Courts to waive its decision for a jury trial when determing its relevancy of evidence if A.) it has any tendency to make a fact more or less probable than it woud be without the evidence; and B.) the fact is of consequence in determining the action in the matter of organ/tissue harvesting and the "hold" LiveOnNY also alleges it has not interfered. The Court must take into account Fed. R. Evid. 902 LiveOn NY failure to provide along with its declarations Sealed and Signed documents. Since the duration of this case the OCME and Brookdale has provided during prior discovery.

(1)    *Pro Se Litigants' Complaints*

It is almost universally recognized in both New York State and Federal Court that the *pro se* pleadings are construed more liberally than thos prepared by attorneys. **Pezham v. City of New York**, 29 A.D.3d 164, 168, 812 N.Y.S.2d 14, 18 (1st Dept't 2006) (a *pro se* complaint should be construed liberally in favor of the pleader). **Rosen v. Baum** 164 A.D.2d 809, 811, 559 N.Y.S.2d 541, 542 (1st Dep't 1990) (sa. 2me). In **Erickson v. Pardus,** 551 U.S. 89, 94, 127 S.Ct. 2197 (2007). (*pro se* pleadings "however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers"). See also, **Washington v. James**, 782 F.2d 1134, 1138 (2nd Cir. 1986) (complaint not to be dismissed unless "frivolous on its face or wholly unsubstantial.").

## Arguement

Plaintiff is re alleging all claims in its entirety alleged in the Amended Complaint filed August 8, 2016 with the Southern and Eastern District Court of New York against LiveOnNY and all prior co-defendants listed in this brief titled document. All written within the complaint filed and herein throughout Plaintiffs Opposition Response Motion To the Defendants Summary Judgment are to be deemed true and in consideration taken into Judicial Notice by the Courts.

Plaintiff argument arises from the counts made against the Defendant LiveOnNY emerging from the Loss Right Sepulcher under Pub. H, Law 42. Plaintiff re-alleges that the Defendants LiveOnNY along with prior Co-defendants has caused an interference to the immediate access to the body of the deceased alleged to be that of Cedric McEaddy. Plaintiff also states that the current and prior defendants were made aware by the plaintiff that a mutilation to the body of the deceased caused the plaintiff to experience an emotional and mental anguish due to the gross negligence to the handling of the deceased body while the body of the deceased minor was reported and listed as an unknown male age 20.Defendant LiveOnNY, Brookdale Medical Hospital and the Office Chief

Medical Examiner were made aware of the deceased who arrived to Brookdale Hospital listed as an Unknown and Unclaimed male aged 20yrs old. Plaintiff argues that LiveOnNY was made aware that the deceased Cedric McEaddy was listed as an unknown without having any family members accompanied by the deceased at the time of death. LiveOnNY continued to peruse the deceased minor for organ/tissue donation. According to Deposition taken by Jose Maria from Brookdale Hospital (Exh. B) Pg. 75 lines 5–25) of the Plaintiffs Opposition Brief stated LiveOnNY once determines a decedent as a suitable organ donor than the Defendant sends out its team to Brookdale Hospital Medical Center. LiveOnNY has not provided any official documents through certification or by certified records according to the Fed. R. Evid showing that the Defendants abandoned its pursuit of the deceased for organ/tissue as LiveOnNY alleges.

LiveOnNY are the only organ donation to be listed in the deceased medical records and autopsy records as citing it had an interest to the body of the deceased. The defendant obtained a "hold: to control the flow of the deceased body from preventing the body from being released into custody by the OCME on May 19, 2016. LiveOnNY claims it had a limited hold for the body said to be of Cedric McEaddy. However, LiveOnNY hold was granted by the

OCME until 10am. LiveOnNY did not release the hold to the body until 7:42pm on May 19, 2016.

During the times LiveOnNY had its alleged limited hold the body of the deceased appears to have been severely mutilated before an autopsy occurred on May 20, 2016 (Exh. F a USB flash drive provide to the courts and defendants). Unfortunately, when the Plaintiff returned back to the Brookdale Hospital at 2:30pm after having left the hospital shortly after 6:30am on May 19, 2016. At the plaintiff arrival at 2:30pm inquiring to view the body of the deceased Cedric McEaddy plaintiff was informed by the hospital admissions that there was no deceased listed as Cedric McEaddy with their hospital. Plaintiff was informed by the hospital admissions that the deceased had already been discharged from its hospital as an unknown unclaimed male aged 20.

On May 19, 2016 plaintiff arrived to the OCME at 3:30pm and was informed that the there were no deceased by the name of Cedric McEaddy and not of an Unknown male aged 20. Plaintiff was informed during the time at the OCME that the deceased body was not released yet into their custody. All the while LiveOnNY is the only listed organ donation organization listed in the deceased medical reports obtained by the plaintiff on June 15, 2016. (Exh. A)

11

Plaintiff is seeking from the courts a final monetary judgment in the amount of $250,000.00 for the interference caused by the defendant LiveOnNY untimely delay in the release of the body to the OCME ultimately causing an emotional and mental anguish infliction to the plaintiff. The defendants has not provided and tangible evidence as outlined in the Fed. R. Evid 1006 to survive its request for a summary judgment in its favor. **Melfi v. Mount Sinai Hosp**, 877 N.Y.S 2d 300,304 (App. Div.1st Dept 2009). The defendants has not shown any proof of evidence to support that the case with the minor deceased was closed with LiveOnNY without organ harvesting being carried out. LiveOnNY has not provided any documents to support its own theories that its employees declarations without any substantive writ to support its dispute also without first ever showing any certified documented considered to be evidence from any prior co-defendants even a showing of its own evidence that any of the Plaintiffs allegations made in the amended complaint are not to be taken as facts.

LiveOn NY states in its arguement on Pg. (¶) 3 of its Memoradum of Law that it's "evidence" submitted within its motion should be entitled to summary judgment. However, this is LiveOn NY 2nd attempt at moving the courts to dismiss the claims alleged in the amended complaint *see* LiveOn NY (Exh. A).

LiveOnNY has failed to introduce any new evidence or any material of facts to the Courts that it did not already furnish to the Courts in its prior ruling. *See* (Dock#133) after the discovery concluded with Plaintiff. LiveOn NY also continues to poorly plead its arguement for summplemental jurisdication when it did not prevail in its prior arguement in its Motion to Dismiss and for Summary Judgement *See* (Dock #36),(Exh E). LiveOn NY did not properly address its own answer to the complaint *see* (Dock# 22) and therefore waived its right to replead two years in the case. Under 28 U.S.C. §(s) 1367(a), District Courts have "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." While the District Court may, at its discretion, exercise supplemental jurisdiction over state law claims even where it has dismissed all claims over which it had original jurisdiction, see 28 U.S.C. §(s) 1367(c)(3), it cannot exercise supplemental jurisdiction unless there is first a proper basis for original federal jurisdiction. Cushing v. Moore, 970 F.2d 1103, 1106 (2d Cir. 1992); see In re Joint Eastern and Southern Dist. Asbestos Litig., 14 F.3d 726, 730 n.2 (2d Cir. 1993) ("[T]he court may not exercise supplemental jurisdiction

over claims unless the court has `original jurisdiction' over at least one of the plaintiff's claims."). In this case Plaintiff along with all prior codefendants were all alleged to have interfereing with plaintiff due process under a New York tort law Loss Right of Sepulcher.

**Point I**     LiveOnNY NY did not Recover Organs or Tissue from the
Decedent

I Dispute–     LiveOnNY claim that their is no evidence in the world that
would support its argument of not recovering any tissue or organs from the
minor "unknown" decedent. LiveOnNY has not provided any written evidence
from any of the co–defendants to supports its own theory that organs or tissue
was not recovered.  There is no evidence from Brookdale Hospital Medical
Center and The Office Chief Medical Examiner (OCME) that could support
LiveOnNY refuted arguments. Even with discovery LiveOnNY has not shown any
evidentiary proof to dispute any of the Plaintiff's alleged claims.

LiveOnNY continues to argue in its Point I that it's evidence will support
Plaintiffs' claims or "theories" when their are no evidence of its own according to
the Fed. R. Evid 104 Proof must be introduced sufficient to support a finding
that the fact does exist. Also when considering Fed. R. Evid 301 in a civil case
unless federal statute or the rules provide otherwise, the party against whom a
presumption is directed has the burden of producing evidence to rebut. In this
case LiveOnNY has not introduced to the courts any conflicting evidence that
can properly dispute Plaintiff's claims.

The only evidence LiveOnNY can rely on as its burden of proof are its declarations of its employees that Courts should consider as hearsay. LiveOnNY has not provided any material of facts to arguable dispute that no organs/tissue were not recovered. LiveOnNY cites cases such as in <u>Shipley v. City of New York</u>, 25 N.Y. 3d 645 (2015) 37 N.E. 3d 58 16 N.Y.S.3d 1 2015 that has no bearing to the issue at matter. LiveOnNY is not the OCME and has no probable plea to plead immunity as the OCME and LiveOnNY provide separate functions to the deceased and also state laws and regulations. Shipley refers to the ME performing an unauthorized autopsy in this case LiveOnNY did not.

Point II      LiveOnNY did not Interfere with the Plaintiff's
              Possession of the Body
 –     *LiveOnNY Did not Have Possession of the Body. Therefore it is
       Entitled to Summary Judgment as a Matter of Law*

I Dispute–      LiveOnNY argument that it did not have possession of the body as the defendant stated on Pg. 5 of its Memorandum of Law. LiveOnNY cites cases that can only prove that A.)interference's of deceased remains do occur. B.) Interference and also organ/tissue harvesting that occur can cause an emotional and mental anguish to a next of kin. Even so, LiveOnNY cannot

16

provide any of its own evidence to any material fact that it did not receive authority of the body through its "hold" and that while having the "hold" it gave LiveOnNY "control" over the body despite how "limited" LiveOnNY claimed it had.

The Defendant has failed to provide credible evidence sufficient to dispute the material facts alleged in the Plaintiffs' amended complaint (see Exh. A) of the Defendants Statement of Undisputed Facts. Their are no documents LiveOnNY can identify as probative value in a weight of evidence according to the Fed. R. Evid.403 LiveOnNY cannot arguably provide any substantiating evidence according to the Fed. R. Evid 902 (4),(8),(10),(13),(14) that can authenticate and or confirm or deny the validity of the prior co-defendants on its calls. (See LiveOnNY Statement of Undisputed Facts paragraph 9 through 11.) The calls in dispute of Brookdale Hospital with LiveOnNY where no prior Co-defendant can attest that the calls are that of George Devestay and the Co-defendants. In this case LiveOnNY has not shown that there are any depositions, interrogatories and or affidavits from co-defendants to support its' employees claim regarding the OCME "hold" and its "limited" involvement as outlined in Fed. R. Evid. 901(1),(5),(6). In fact, there are no cross-motion examination from LiveOnNY employees that cannot be construed as hearsay.

- *The "Hold" is a Discretionary Exercise of the Medical Examiner's Authority for which No Action Lies and Certainly None Against LiveOnNY*

Also, in the case were LiveOnNY disputes that the "hold" on the deceased body as a Discretionary Exercise of the Medical Examiners Authority for which No action lies against the defendants which simply LiveOnNY has not provided in any way proof of any documentary facts that the "hold" it received was "discretionary" from the OCME. Defendants citing case law is not sufficient alone to grant a summary judgment in favor of a moving party that lacks evidence to material facts.

- *In Any Event, There is No Proximate Causation Between the Hold and the ME's Activities*

The Defendant continues to cite cases that does not address the material facts. The claim of Loss Right of Sepulcher is not against LiveOnNY failure to notify in the case of **Duffy v. City of New York,** 178 A.D.2d 370 (1st Dept 1991) neither in the case **Mack v. Brown,** 82 A.D.3d 133, 137 (2nd Dept 2011) is the Plaintiff disputing against the defendant that the plaintiff is the next of kin to the descendant. Their is also no dispute with LiveOnNY about the OCME and or NYPD possessing the body of the deceased Cedric McEaddy "aka" "Unknown" for "public necessity" as the defendant mistakenly argues. The Court must also take

notice to Fed. R. Evid 403 where the Defendant at its 2nd attempt at motioning the courts to either dismiss the claims with summary judgment to now its second attempt to cause an undue delay, wasting time, by needlessly presenting cumulative cited case laws without ever properly pleading the case based on its own material facts, unsupported documents used to dispute the claims alleged in the plaintiffs amended complaint in (Exh. A) of defendants statement of undisputed facts, to now hinder the case from a possible settlement, Courts ruling and or trial.

The Court must take consideration to Fed. R. Evid 102 and the purpose these rules should be construed so as to administer every proceeding fairly, eliminate unjustifiable expense and delay, and promote the development of evidence law, to the end of ascertaining the truth and securing a just determination.


**Point III**     LiveOnNY is Immune from Liability Pursuant to N.Y. Pub.
            H. Law § 4306


**I Dispute–**     LiveOnNY plea of immunity is inefficient on its face. The defendant has not provided proof of any approved Anatomical Gift. Neither can

it provide any record of proof under 21 CFR § 1270.33 – Records, general requirements. (f) All persons or establishments that generate records used in determining the suitability of the donor shall retain such records and make them available for authorized inspection or upon request by FDA. The person(s) or establishment(s) making the determination regarding the suitability of the donor shall retain all records, or true copies of such records required under 21 CFRS § 1270.21, including all testing and screening records, and shall make them available for authorized inspection or upon request from FDA. Records that can be retrieved from another location by electronic means meet the requirements of this paragraph. (g) Records required under this part may be retained electronically, or as original paper records, or as true copies such as photocopies, microfiche, or microfilm, in which case suitable reader and photocopying equipment shall be readily available. (h) Records shall be retained at least 10 years beyond the date of transplantation if known, distribution, disposition, or expiration, of the tissue, whichever is latest.

According to the Fed. R. Evid 301 and under Rule 401(b). the "facts" is of consequence in determining the action. In this case for summary judgment.

There is no evidence the defendants can produce showing that a "Good Faith" acts warrants immunity.

According to 21 CFR § 1270.33 their are no original records LiveOnNY can rely on as facts to prove a "Good Faith" action had occurred. The Defendants have not provided any supporting documents of its own from the OCME or Brookdale Hospital Medical Center showing a Good Faith action was granted from either prior co-defendants to support its own disputes let alone that of the deceased. Yet LiveOnNY has not proven that it acted in good faith through informed consent. There is no evidence whatsoever in the Defendants' Statement of Undisputed Facts that a trier of jury could reasonably grant LiveOnNY request for "good faith" immunity. LiveOnNY claim of "Good Faith" should be up to the courts or a jury to determine as it requires careful analysis of the facts in a particular case. (McKinney 2002)(New York).

The moving Defendant has failed to prove its claim of "good faith". LiveOnNY does not provide sufficient proof or showing with any substantiated supporting documents how it complied with all provisions of the UNIFORM ANATOMICAL GIFT ACT (UAGA) Pub. H. Law 4301 to grant its alleged immunity from liability. Lastly, Brookdale Hospital Medical Center and the OCME pursuant

to Federal Rule 26 has never during discovery stated in interrogatories or during exchange of documents that the body remains of the deceased minor Cedric McEaddy "aka" "Unknown" was given to the Defendants in good faith. Therefore, LiveOnNY should not be granted immunity and its case should be denied due to lack of its own insufficient evidence.

## Conclusion

For the above-mentioned reasons, I Plaintiff, Pro Se Latisha Sanders must be rewarded a monetary awarded judgment in the amount of $2500,000.00 and any prayer relief the Courts deems fit for the claims alleged against the defended in the Amended Complaint pursuant to Rule 56 as a matter of Federal Law.

Dated:  New York, New York
December 30, 2020

Respectfully,

By: Latisha Sanders
131 Broome Street
Apt # 19F
New York, New York 10002
(646) 215-1455
Latisha.Sanders999@gmail.com

To:  By email to Judy.Selmeci@WilsonElser.com and
by first class mail and certified mail, return receipt requested
Attorney for the defendant LiveOnNY
Judy C. Selmeci

150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ___ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## ED Records (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| 05/19/16 0019 | Triage Started | COGGINS, ALTHEA | | 05/19/16 0019 |
| 05/19/16 0019 | Trauma Injury Event | COGGINS, ALTHEA | | 05/19/16 0019 |
| 05/19/16 0034 | Lab Ordered | EDI, LAB IN HLSEVEN | TYPE AND SCREEN | 05/19/16 0034 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS | 05/19/16 0035 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | THAWED PLASMA | 05/19/16 0035 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | SINGLE DONOR PLATELETS | 05/19/16 0035 |
| 05/19/16 0037 | Registration Completed | JOHNSON, MELISSA | | 05/19/16 0037 |
| 05/19/16 0037 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0037 |
| 05/19/16 0038 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0038 |
| 05/19/16 0040 | Assign Attending | SICULAR, SANDRA | Sandra Sicular, M assigned as Attending | 05/19/16 0040 |
| 05/19/16 0040 | Assign Physician | SICULAR, SANDRA | | 05/19/16 0040 |
| 05/19/16 0041 | Physician LOS Filed | SICULAR, SANDRA | LOS Code 99285 filed | 05/19/16 0041 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0044 |
| 05/19/16 0047 | Assign Nurse | COGGINS, ALTHEA | Althea Coggins, R assigned as Registered Nurse | 05/19/16 0047 |
| 05/19/16 0048 | Patient roomed in ED | COGGINS, ALTHEA | To room A-TR 1 | 05/19/16 0048 |
| 05/19/16 0127 | Disposition Selected | SICULAR, SANDRA | ED Disposition set to Expired | 05/19/16 0127 |
| 05/19/16 0201 | ED Provider Note Filed | SICULAR, SANDRA | ED Prov Note filed by Sandra Sicular, MD | 05/19/16 0201 |
| 05/19/16 0202 | Charting Complete | SICULAR, SANDRA | | 05/19/16 0202 |
| 05/19/16 0202 | Remove Attending | SICULAR, SANDRA | Sandra Sicular, M removed as Attending | 05/19/16 0202 |
| 05/19/16 0211 | Triage Completed | COGGINS, ALTHEA | | 05/19/16 0211 |
| 05/19/16 0507 | Patient transferred | VAN LARE, CONSTANCE | From room A-TR 1 to room In Transit | 05/19/16 0507 |
| 05/19/16 0507 | Patient In | VAN LARE, CONSTANCE | | 05/19/16 0507 |

Brookdale Hospital Medical Center One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: [REDACTED]1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## ED Records (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| | Transit/Psych TX | | | 0507 |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | | -- |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | | -- |
| 05/19/16 0600 | Patient discharged | COGGINS, ALTHEA | | 05/19/16 0651 |
| 05/19/16 0600 | Patient departed from ED | COGGINS, ALTHEA | | 05/19/16 0651 |
| 05/19/16 0651 | | COGGINS, ALTHEA | | -- |
| 05/19/16 0651 | | COGGINS, ALTHEA | | -- |
| 05/27/16 0308 | Charting Complete | COGGINS, ALTHEA | | 05/27/16 0308 |
| 05/17/16 1403 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS | 05/17/16 1403 |

### ED Events

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| 05/19/16 0018 | Patient arrived in ED | JOHNSON, MELISSA | | 05/19/16 0018 |
| 05/19/16 0018 | Provider First Contact | SICULAR, SANDRA | | 05/19/16 0040 |
| 05/19/16 0018 | Patient expected in ED | JOHNSON, MELISSA | | 05/19/16 0018 |
| 05/19/16 0018 | | JOHNSON, MELISSA | | -- |
| 05/19/16 0018 | | JOHNSON, MELISSA | | -- |
| 05/19/16 0019 | Triage Started | COGGINS, ALTHEA | | 05/19/16 0019 |
| 05/19/16 0019 | Trauma Injury Event | COGGINS, ALTHEA | | 05/19/16 0019 |
| 05/19/16 0034 | Lab Ordered | EDI, LAB IN HLSEVEN | TYPE AND SCREEN | 05/19/16 0034 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS | 05/19/16 0035 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | THAWED PLASMA | 05/19/16 0035 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | SINGLE DONOR PLATELETS | 05/19/16 0035 |
| 05/19/16 0037 | Registration Completed | JOHNSON, MELISSA | | 05/19/16 0037 |
| 05/19/16 0037 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0037 |
| 05/19/16 0038 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0038 |
| 05/19/16 0040 | Assign Attending | SICULAR, SANDRA | Sandra Sicular, M assigned as Attending | 05/19/16 0040 |
| 05/19/16 0040 | Assign Physician | SICULAR, SANDRA | | 05/19/16 0040 |
| 05/19/16 0041 | Physician LOS Filed | SICULAR, SANDRA | LOS Code 99285 filed | 05/19/16 0041 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) | 05/19/16 |

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ████ 998, Sex: M
Acct #: 2001056108
Adm:  5/19/2016 D/C:  5/19/2016

## ED Records (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| | | | THAWED PLASMA | 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0044 |
| 05/19/16 0047 | Assign Nurse | COGGINS, ALTHEA | Althea Coggins, R assigned as Registered Nurse | 05/19/16 0047 |
| 05/19/16 0048 | Patient roomed in ED | COGGINS, ALTHEA | To room A-TR 1 | 05/19/16 0048 |
| 05/19/16 0127 | Disposition Selected | SICULAR, SANDRA | ED Disposition set to Expired | 05/19/16 0127 |
| 05/19/16 0201 | ED Provider Note Filed | SICULAR, SANDRA | ED Prov Note filed by Sandra Sicular, MD | 05/19/16 0201 |
| 05/19/16 0202 | Charting Complete | SICULAR, SANDRA | | 05/19/16 0202 |
| 05/19/16 0202 | Remove Attending | SICULAR, SANDRA | Sandra Sicular, M removed as Attending | 05/19/16 0202 |
| 05/19/16 0211 | Triage Completed | COGGINS, ALTHEA | | 05/19/16 0211 |
| 05/19/16 0507 | Patient transferred | VAN LARE, CONSTANCE | From room A-TR 1 to room In Transit | 05/19/16 0507 |
| 05/19/16 0507 | Patient In Transit/Psych TX | VAN LARE, CONSTANCE | | 05/19/16 0507 |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | | — |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | | — |
| 05/19/16 0600 | Patient discharged | COGGINS, ALTHEA | | 05/19/16 0651 |
| 05/19/16 0600 | Patient departed from ED | COGGINS, ALTHEA | | 05/19/16 0651 |
| 05/19/16 0651 | | COGGINS, ALTHEA | | — |
| 05/19/16 0651 | | COGGINS, ALTHEA | | — |
| 05/27/16 0308 | Charting Complete | COGGINS, ALTHEA | | 05/27/16 0308 |
| 06/17/16 1403 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS | 06/17/16 1403 |

### ED Events

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| 05/19/16 0018 | Patient arrived in ED | JOHNSON, MELISSA | | 05/19/16 0018 |
| 05/19/16 0018 | Provider First Contact | SICULAR, SANDRA | | 05/19/16 0040 |
| 05/19/16 0018 | Patient expected in ED | JOHNSON, MELISSA | | 05/19/16 0018 |
| 05/19/16 0018 | | JOHNSON, MELISSA | | — |
| 05/19/16 0018 | | JOHNSON, MELISSA | | — |
| 05/19/16 0019 | Triage Started | COGGINS, ALTHEA | | 05/19/16 |

Brookdale Hospital Medical Center  One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## ED Records (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| | | | | 0019 |
| 05/19/16 0019 | Trauma Injury Event | COGGINS, ALTHEA | | 05/19/16 0019 |
| 05/19/16 0034 | Lab Ordered | EDI, LAB IN HLSEVEN | TYPE AND SCREEN | 05/19/16 0034 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS | 05/19/16 0035 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | THAWED PLASMA | 05/19/16 0035 |
| 05/19/16 0035 | Lab Ordered | EDI, LAB IN HLSEVEN | SINGLE DONOR PLATELETS | 05/19/16 0035 |
| 05/19/16 0037 | Registration Completed | JOHNSON, MELISSA | | 05/19/16 0037 |
| 05/19/16 0037 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0037 |
| 05/19/16 0038 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0038 |
| 05/19/16 0040 | Assign Attending | SICULAR, SANDRA | Sandra Sicular, M assigned as Attending | 05/19/16 0040 |
| 05/19/16 0040 | Assign Physician | SICULAR, SANDRA | | 05/19/16 0040 |
| 05/19/16 0041 | Physician LOS Filed | SICULAR, SANDRA | LOS Code 99285 filed | 05/19/16 0041 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) THAWED PLASMA | 05/19/16 0044 |
| 05/19/16 0044 | Lab Resulted | EDI, LAB IN HLSEVEN | (Preliminary result) SINGLE DONOR PLATELETS | 05/19/16 0044 |
| 05/19/16 0047 | Assign Nurse | COGGINS, ALTHEA | Althea Coggins, R assigned as Registered Nurse | 05/19/16 0047 |
| 05/19/16 0048 | Patient roomed in ED | COGGINS, ALTHEA | To room A-TR 1 | 05/19/16 0048 |
| 05/19/16 0127 | Disposition Selected | SICULAR, SANDRA | ED Disposition set to Expired | 05/19/16 0127 |
| 05/19/16 0201 | ED Provider Note Filed | SICULAR, SANDRA | ED Prov Note filed by Sandra Sicular, MD | 05/19/16 0201 |
| 05/19/16 0202 | Charting Complete | SICULAR, SANDRA | | 05/19/16 0202 |
| 05/19/16 0202 | Remove Attending | SICULAR, SANDRA | Sandra Sicular, M removed as Attending | 05/19/16 0202 |
| 05/19/16 0211 | Triage Completed | COGGINS, ALTHEA | | 05/19/16 0211 |
| 05/19/16 0507 | Patient transferred | VAN LARE, CONSTANCE | From room A-TR 1 to room In Transit | 05/19/16 0507 |
| 05/19/16 0507 | Patient In Transit/Psych TX | VAN LARE, CONSTANCE | | 05/19/16 0507 |

## ED Records (continued)

### ED Events (continued)

| Date/Time | Event | User | Comments | Last Edited |
|---|---|---|---|---|
| 05/19/16 0545 | | VAN LARE, CONSTANCE | | -- |
| 05/19/16 0545 | | VAN LARE, CONSTANCE | | -- |
| 05/19/16 0600 | Patient discharged | COGGINS, ALTHEA | | 05/19/16 0651 |
| 05/19/16 0600 | Patient departed from ED | COGGINS, ALTHEA | | 05/19/16 0651 |
| 05/19/16 0651 | | COGGINS, ALTHEA | | -- |
| 05/19/16 0651 | | COGGINS, ALTHEA | | -- |
| 05/27/16 0308 | Charting Complete | COGGINS, ALTHEA | | 05/27/16 0308 |
| 05/17/16 1403 | Lab Ordered | EDI, LAB IN HLSEVEN | RED BLOOD CELLS | 05/17/16 1403 |

## ED Notes

### ED Notes by Althea Coggins, RN at 05/19/16 0255

| | | |
|---|---|---|
| Author: Althea Coggins, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 05/19/16 0306 | Date of Service: 05/19/16 0255 | Creation Time: 05/19/16 0255 |
| Status: Addendum | Editor: Althea Coggins, RN (Registered Nurse) | |
| Related Notes: | Original Note by Althea Coggins, RN (Registered Nurse) filed at 05/19/16 0255 | |

Pt in area D, accompanied by police officers,

Electronically signed by Althea Coggins, RN on 05/19/16 0306

### ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041

| | | |
|---|---|---|
| Author: Sandra Sicular, MD | Service: (none) | Author Type: Physician |
| Filed: 05/19/16 0201 | Date of Service: 05/19/16 0041 | Creation Time: 05/19/16 0041 |
| Status: Signed | Editor: Sandra Sicular, MD (Physician) | |

Procedure Orders:
1. CHEST TUBE INSERTION [54764584] ordered by Sandra Sicular, MD at 05/19/16 0105
2. THORACOTOMY,CTRL TRAUMA BLEED [54764582] ordered by Sandra Sicular, MD at 05/19/16 0104
3. Central Line Insertion [54764580] ordered by Sandra Sicular, MD at 05/19/16 0103

Time of First Contact:
I saw the patient at: 0016 [05/19/16 0040]

History

Chief Complaint
Patient presents with
• Gun Shot Wound

HPI

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

ED Notes (continued) .

ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)

20 y.o. Male A Unknown Adult bibems as a prenotification for gsw to left chest, intubated. Level 1 trauma code called prior to arrival, Dr. Toribio and trauma team present on arrival of patient. As per ems, patient found talking on street, in transit became altered, hypotensive, 18 gauge IV with NS running to left AC prior to arrival, intubated prior to arrival. Had vital signs in transit, lost pulses in ambulance bay.

Precinct 67. present in ED.

No past medical history on file.

No past surgical history on file.

No family history on file.

History
Substance Use Topics
- Smoking status:                    Not on file
- Smokeless tobacco:                 Not on file
- Alcohol Use:                       Not on file

Review of Systems
Unable to perform ROS: Intubated

Physical Exam
BP 75/60 | Pulse 44 | Resp 22 | Ht 5' 5" (1.651 m) | Wt 150 lb (68.04 kg) | BMI 24.96 kg/m2 | SpO2 78%

Physical Exam
Constitutional: He appears well-developed and well-nourished. He appears distressed. He is intubated.
Cervical collar in place.
Thin male, intubated
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes:
Fixed and dilated
Neck:
c-collar in place
Cardiovascular:
Pulseless
Pulmonary/Chest: Apnea noted. He is intubated.
BS equal on BVM
Absent over epigastrium
Abdominal: Soft. There is no tenderness.

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB:        998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

ED Notes (continued)
ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)



1: GSW
Genitourinary:



1: Avulsed skin, deep tissue structures visible

Musculoskeletal: He exhibits no edema.

Brookdale Hospital Medical Center  One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ███ 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## ED Notes (continued)

ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)



Arms: 1: Infiltrated field IV line

Neurological: He is unresponsive. GCS eye subscore is 1. GCS verbal subscore is 1. GCS motor subscore is 1.

Skin: Skin is warm and dry. He is not diaphoretic.



1: GSW, palpable bullet fragment

Assessment

Traumatic cardiac arrest, GSW.

Plan

See ED course.

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ██████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

ED Notes (continued)

ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)

ED Course

ED thoracotomy and MTP initiated as patient lost vital signs in ED. See procedure notes.
Bedside FAST positive for fluid in morrisons pouch and suprapubic, unable to view splenic recess and
pericardium secondary to thoracotomy. Despite resuscitative efforts, patient expired. Time of death 12:33 AM.

Medical examiner notified at 1:14 AM
D/w investigator Jim Meyer
Case number # K16-2715
Admitting notified at 1:24 AM
Organ donation to be notified by other medical staff or admitting staff.


1:58 AM
Authorities able to locate family members. Now present in ED. Notified of death by members of the 67th
precinct. Deceased identified as Cedric McEddy. Medical examiner's office updated of this information.

Central Line
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications: vascular access
Preparation: skin prepped with ChloraPrep
Location details: right femoral
Patient position: flat
Catheter type: Cordis
Catheter size: 8 Fr
Number of attempts: 1
Successful placement: yes
Post-procedure: dressing applied
Assessment: blood return through all ports and free fluid flow
Guide Wire Removed: Yes
Thoracotomy (Trauma)
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Comments: No blood in pericardium
Approx 500 cc blood in left hemithorax

Chest Tube
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications comments: GSW to chest
Scalpel size: 11

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

ED Notes (continued)

ED Provider Notes by Sandra Sicular, MD at 05/19/16 0041 (continued)
Tube size: 36 French
Dissection instrument: Kelly clamp and finger
Ultrasound guidance: no
Tension pneumothorax heard: no
Tube connected to: suction
Suture material: 0 silk
Dressing: petrolatum-impregnated gauze and 4x4 sterile gauze
Comments: Air returned, condensation in tube
No blood

MDM
Number of Diagnoses or Management Options
GSW (gunshot wound):

Amount and/or Complexity of Data Reviewed
Discuss the patient with other providers: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: high
Diagnostic procedures: high
Management options: high

Patient Progress
Patient progress: other (comment) (expired)

I last reviewed vital signs at -

Electronically signed by Sandra Sicular, MD on 05/19/16 0201

ED Notes by Althea Coggins, RN at 05/19/16 0020
| Author: Althea Coggins, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 05/19/16 0156 | Date of Service: 05/19/16 0020 | Creation Time: 05/19/16 0156 |
| Status: Signed | Editor: Althea Coggins, RN (Registered Nurse) | |

Thorocotomy placed on L Chest

Electronically signed by Althea Coggins, RN on 05/19/16 0156

ED Notes by Althea Coggins, RN at 05/19/16 0037
| Author: Althea Coggins, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 05/19/16 0038 | Date of Service: 05/19/16 0037 | Creation Time: 05/19/16 0038 |
| Status: Signed | Editor: Althea Coggins, RN (Registered Nurse) | |

Brookdale Hospital Medical Center One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## ED Notes (continued)

### ED Notes by Althea Coggins, RN at 05/19/16 0037 (continued)
Pt was pronounced deceased at 0033hrs

Electronically signed by Althea Coggins, RN on 05/19/16 0038

## Consult Notes
No notes of this type exist for this encounter.

## Other Notes

### H&P by Samantha Wolfe, MD at 05/19/16 0105

| | | |
|---|---|---|
| Author: Samantha Wolfe, MD | Service: Trauma Surgery | Author Type: Resident |
| Filed: 05/19/16 0422 | Date of Service: 05/19/16 0105 | Creation Time: 05/19/16 0105 |
| Status: Signed | Editor: Samantha Wolfe, MD (Resident) | |
| Cosigner: Ruben Toribio, MD at 05/19/16 0924 | | |

### Subjective:

Chief Complaint: Unknown male BIBEMS s/p GSW. Per EMS he was found in the street shot with a single GSW to the thoracoabdominal area (midaxillary line, L3-4 level). He was A&O in the field with vitals, but then became confused en route and bradycardic down to 30s. He was intubated in field. Upon arrival to trauma bay he had a HR of 25 (on monitor, but no palpable pulses), BP 75/60, and was unresponsive with fixed and dilated pupils. Left anterior thoracotomy was performed. Upon entrance to the chest cavity the pericardium was opened, heart was empty with no blood in chambers, no bullet holes. Aorta was clamped and manual massage of heart was performed. Left lung was contused. Single right lateral diaphragm injury was present. Right sided chest tube was placed with no blood returned. Right cordis was inserted.MTP was activated, 2 units uncrossed pRBCs were available in <5 min but 1 unit was sent back due to clerical error. The other unit was initiated infusing. FAST was positive for free fluid in morrison's pouch and suprapubically. At this time, resuscitative efforts were deemed futile and pt was pronounced dead at 12:33AM. All members of trauma surgery and trauma attending physician were present.

Allergies not on file
No current facility-administered medications for this encounter.
No current outpatient prescriptions on file.
No past medical history on file.
No past surgical history on file.
History

Social History
- Marital Status: Unknown
  Spouse Name: N/A
  Number of Children: N/A
- Years of Education: N/A

Occupational History

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ▓▓▓▓1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Other Notes (continued)

### H&P by Samantha Wolfe, MD at 05/19/16 0105 (continued)
- Not on file.

Social History Main Topics
- Smoking status:           Not on file
- Smokeless tobacco:     Not on file
- Alcohol Use:            Not on file
- Drug Use:              Not on file
- Sexual Activity:        Not on file

Other Topics                      Concern
- Not on file

Social History Narrative
- No narrative on file

No family history on file.

### Review of Systems
See HPI

### Primary Survey Time

(A) Airway: Intubated
(B) Breathing: Bag mask    RR: 22
(C) Circulation: No peripheral pulses
    HR: 44 BP: 75/60    Cap Refill: Prolonged
(D) Disability: GCS 3T

Eye opening: 1
Verbal: 1
Motor: 1
GCS Total: 3

(E) LOC: Yes
How long: ?

### Resuscitation Phase

(A) O2 Pulse Oximetry: 75
(B) PIV Access/Fluids:18 gauge b/l AC    Trauma Panel: No
(C) NG: No
(D) Foley: No
(E) Procedures:
    (1) FAST: Yes Positive: Yes
    (2) Chest Tube: Yes  Size: 36F
    (3) Central Access: R femoral Cordis
    (4) Blood: 1 unit PRBC partially infused    MTP Protocol: yes

Brookdale Hospital Medical Center   One Brookdale Plaza
                                    Brooklyn NY 11212-3139
                                    ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████████1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

Other Notes (continued)

H&P by Samantha Wolfe, MD at 05/19/16 0105 (continued)
    (5) Thoracotomy: Yes
    (6) CPR: No

## Secondary Survey

PE:
Gen: Young male, unresponsive
HEENT: Pupils fixed and dilated
Neuro: GCS 3T
Chest: Left anterior thoracotomy
Pulm: Left hemothorax with left diaphram injury
Abd: Soft, non distended, single GSW in left mid axillary line at 10-11 ICS
Back: Single bullet wound posterior to mid axillary line at right L3-4 level
Rectal: no tone
GU: Abrasion vs graze wound to anterior scrotum
Ext: No obvious deformities
Vasc: No peripheral pulses


Impression/Plan: 17 yo M s/p single GSW to thoracoabdominal area causing hemorrhagic shock.
Resusitiative efforts failed to improve vitals and patient was pronounced dead at 12:33 am

- ME and Live On NY notified by ED
- Family present in ED and notified




Electronically signed by Ruben Toribio, MD on 05/19/16 0924

Progress Notes by Dong Lee, MD at 05/19/16 0239

| | | |
|---|---|---|
| Author: Dong Lee, MD | Service: Trauma Surgery | Author Type: Resident |
| Filed: 05/19/16 0252 | Date of Service: 05/19/16 0239 | Creation Time: 05/19/16 0239 |
| Status: Signed | Editor: Dong Lee, MD (Resident) | |
| Cosigner: Ruben Toribio, MD at | | |
| 05/19/16 0924 | | |


Trauma Chief Resident Note

Level 1 Trauma Activation

17 y.o. patient presents with pre-notification to the ER s/p GSW to thoracoabdominal region. Pt lost vitals in the
ambulance bay. GCS of 3T upon presentation with HR of 20's and no palpable peripheral pulse. On cursory
exam, pt had laceration of right scrotum, two bullet wounds (left 10-11th ICS anterior to the mid-axillar line and

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ██████1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

Other Notes (continued)

Progress Notes by Dong Lee, MD at 05/19/16 0239 (continued)

right flank posterior to the mid-axillary line at L3-4 level). ED thoracotomy (left antero-lateral) performed. Moderate amount of blood noted in the left hemothorax, pericardium was opened (no blood noted), and the heart was delivered and examined for bullet holes. Agonal contractures noted with empty chambers. Aorta was clamped and manual massage of the heart was performed. Noted was right lateral diaphragm injury as well. Right chest tube was inserted without any blood. Right cordis was inserted for resuscitative efforts. MTP was initiated, but no blood products were administered and released. FAST showed positive fluid in morrisons pouch and suprapubic region.At this time, resuscitative efforts were deemed futile and pt was pronounced dead at 12:33AM. All members of trauma surgery and trauma attending physician were present at the time of pt arrival.

Last 3 Vital Signs Readings

|        | 05/19/16 0026 | 05/19/16 0031 | 05/19/16 0032 |
|--------|---------------|---------------|---------------|
| BP:    | 98/80         | 75/60         | 75/60         |
| Pulse: | 53            | 44            | 44            |
| Resp:  |               |               |               |
| SpO2:  | 80%           | 78%           | 76%           |

Physical Exam:
GCS - 3T
Airway - intubated
Breathing - intubated
Circulation - no peripheral pulses noted
HEENT - pupils dilated and fixed b/l
Neck - wnl
Chest - left thoracotomy performed
Pulm - left hemothorax with left diaphragm injury
Abd - soft, single bullet wound anterior to mid-axillary line at left 10-11th ICS
Pelvis - stable
Back - single bullet wound posterior to mid-axillary line at right L3-4 level
Rectal - no tone
Arms - no obvious deformities
Legs - no obvious deformities
Skin - as above
Vascular - no peripheral pulses
Neuro - intubated
MS - no movement

AP:
17 y.o. patient s/p thoracoabdominal GSW in hemorrhagic shock.
-Expired at 12:33AM on 5/19/16
-ME and LiveOn NY notified by ED

Electronically signed by Ruben Toribio, MD on 05/19/16 0924

Brookdale Hospital Medical Center One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results

### Central Line Insertion

Electronically signed by: Sandra Sicular, MD on 05/19/16 0103      Status: Completed
Ordering user: Sandra Sicular, MD 05/19/16 0103     Ordering provider: Sandra Sicular, MD

Final result

Filed on:       05/19/16 0201
Narrative:
Sandra Sicular, MD    5/19/2016 2:01 AM
Time of First Contact:
I saw the patient at: 0018 [05/19/16 0040]

History

Chief Complaint
Patient presents with
· Gun Shot Wound

HPI

20 y.o. Male A Unknown Adult bibems as a prenotification for gsw
to left chest, intubated. Level 1 trauma code called prior to
arrival, Dr. Toribio and trauma team present on arrival of
patient. As per ems, patient found talking on street, in transit
became altered, hypotensive, 18 gauge IV with NS running to left
AC prior to arrival, intubated prior to arrival. Had vital signs
in transit, lost pulses in ambulance bay.

Precinct 67 present in ED.

No past medical history on file.

No past surgical history on file.

No family history on file.

History
Substance Use Topics
· Smoking status: Not on file
· Smokeless tobacco: Not on file
· Alcohol Use: Not on file

Review of Systems
Unable to perform ROS: Intubated

Physical Exam
BP 75/60 | Pulse 44 | Resp 22 | Ht 5' 5" (1.651 m) | Wt 150 lb
(68.04 kg) | BMI 24.96 kg/m2 | SpO2 78%

Physical Exam

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB #:   1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

### Central Line Insertion (continued)

Constitutional: He appears well-developed and well-nourished. He appears distressed. He is intubated. Cervical collar in place.
Thin male, intubated
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes:
Fixed and dilated
Neck:
c-collar in place
Cardiovascular:
Pulseless
Pulmonary/Chest: Apnea noted. He is intubated.
BS equal on BVM
Absent over epigastrium
Abdominal: Soft. There is no tenderness.

Genitourinary:


Musculoskeletal: He exhibits no edema.
   Arms:
Neurological: He is unresponsive. GCS eye subscore is 1. GCS verbal subscore is 1. GCS motor subscore is 1.
Skin: Skin is warm and dry. He is not diaphoretic.



Assessment

Traumatic cardiac arrest, GSW.


Plan

See ED course.


ED Course

ED thoracotomy and MTP initiated as patient lost vital signs in ED. See procedure notes.
Bedside FAST positive for fluid in morrisons pouch and suprapubic, unable to view splenic recess and pericardium secondary to thoracotomy. Despite resuscitative efforts, patient expired. Time of death 12:33 AM.

Brookdale Hospital Medical Center   One Brookdale Plaza
                                    Brooklyn NY 11212-3139
                                    ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB:▓▓▓▓▓998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

### Central Line Insertion (continued)

Medical examiner notified at 1:14 AM
D/w investigator Jim Meyer
Case number # K16-2715
Admitting notified at 1:24 AM
Organ donation to be notified by other medical staff or admitting
staff.


1:58 AM
Authorities able to locate family members. Now present in ED.
Notified of death by members of the 67th precinct. Deceased
identified as Cedric McEddy. Medical examiner's office updated of
this information.

Central Line
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications: vascular access
Preparation: skin prepped with ChloraPrep
Location details: right femoral
Patient position: flat
Catheter type: Cordis
Catheter size: 8 Fr
Number of attempts: 1
Successful placement: yes
Post-procedure: dressing applied
Assessment: blood return through all ports and free fluid flow
Guide Wire Removed: Yes
Thoracotomy (Trauma)
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Comments: No blood in pericardium
Approx 500 cc blood in left hemithorax

Chest Tube
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications comments: GSW to chest
Scalpel size: 11
Tube size: 38 French
Dissection instrument: Kelly clamp and finger
Ultrasound guidance: no
Tension pneumothorax heard: no
Tube connected to: suction
Suture material: 0 silk
Dressing: petrolatum-impregnated gauze and 4x4 sterile gauze
Comments: Air returned, condensation in tube
No blood

Brookdale Hospital Medical Center   One Brookdale Plaza
                                    Brooklyn NY 11212-3139
                                    ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB:        /998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

### Central Line Insertion (continued)

MDM
Number of Diagnoses or Management Options
GSW (gunshot wound):

Amount and/or Complexity of Data Reviewed
Discuss the patient with other providers: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: high
Diagnostic procedures: high
Management options: high

Patient Progress
Patient progress: other (comment) (expired)

I last reviewed vital signs at -

### CHEST TUBE INSERTION

Electronically signed by: Sandra Sicular, MD on 05/19/16 0105            Status: Completed
Ordering user: Sandra Sicular, MD 05/19/16 0105     Ordering provider: Sandra Sicular, MD

Final result

Filed on:         05/19/16 0201
Narrative:
Sandra Sicular, MD    5/19/2016 2:01 AM
Time of First Contact:
I saw the patient at: 0018 [05/19/16 0040]

History

Chief Complaint
Patient presents with
• Gun Shot Wound

HPI

20 y.o. Male A Unknown Adult bibems as a prenotification for gsw
to left chest, intubated. Level 1 trauma code called prior to
arrival, Dr. Toribio and trauma team present on arrival of
patient. As per ems, patient found talking on street, in transit
became altered, hypotensive, 18 gauge IV with NS running to left
AC prior to arrival, intubated prior to arrival. Had vital signs
in transit, lost pulses in ambulance bay.

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

### CHEST TUBE INSERTION (continued)

Precinct 67 present in ED.

No past medical history on file.

No past surgical history on file.

No family history on file.

History
Substance Use Topics
• Smoking status: Not on file
• Smokeless tobacco: Not on file
• Alcohol Use: Not on file

Review of Systems
Unable to perform ROS: Intubated

Physical Exam
BP 75/60 | Pulse 44 | Resp 22 | Ht 5' 5" (1.651 m) | Wt 150 lb
(68.04 kg) | BMI 24.98 kg/m2 | SpO2 78%

Physical Exam
Constitutional: He appears well-developed and well-nourished. He
appears distressed. He is intubated. Cervical collar in place.
Thin male, intubated
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes:
Fixed and dilated
Neck:
c-collar in place
Cardiovascular:
Pulseless
Pulmonary/Chest: Apnea noted. He is intubated.
BS equal on BVM
Absent over epigastrium
Abdominal: Soft. There is no tenderness.

Genitourinary:

Musculoskeletal: He exhibits no edema.
   Arms:
Neurological: He is unresponsive. GCS eye subscore is 1. GCS
verbal subscore is 1. GCS motor subscore is 1.

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ▧▧▧ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

### CHEST TUBE INSERTION (continued)

Skin: Skin is warm and dry. He is not diaphoretic.

Assessment

Traumatic cardiac arrest, GSW.

Plan

See ED course.

ED Course

ED thoracotomy and MTP initiated as patient lost vital signs in ED. See procedure notes.
Bedside FAST positive for fluid in morrisons pouch and suprapubic, unable to view splenic recess and pericardium secondary to thoracotomy. Despite resuscitative efforts, patient expired. Time of death 12:33 AM.

Medical examiner notified at 1:14 AM
D/w investigator Jim Meyer
Case number # K16-2715
Admitting notified at 1:24 AM
Organ donation to be notified by other medical staff or admitting staff.

1:58 AM
Authorities able to locate family members. Now present in ED.
Notified of death by members of the 67th precinct. Deceased identified as Cedric McEddy. Medical examiner's office updated of this information.

Central Line
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications: vascular access
Preparation: skin prepped with ChloraPrep
Location details: right femoral
Patient position: flat
Catheter type: Cordis
Catheter size: 8 Fr
Number of attempts: 1
Successful placement: yes

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Procedures - All Orders and Results (continued)

### CHEST TUBE INSERTION (continued)

Post-procedure: dressing applied
Assessment: blood return through all ports and free fluid flow
Guide Wire Removed: Yes
Thoracotomy (Trauma)
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Comments: No blood in pericardium
Approx 500 cc blood in left hemithorax

Chest Tube
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications comments: GSW to chest
Scalpel size: 11
Tube size: 36 French
Dissection Instrument: Kelly clamp and finger
Ultrasound guidance: no
Tension pneumothorax heard: no
Tube connected to: suction
Suture material: 0 silk
Dressing: petrolatum-impregnated gauze and 4x4 sterile gauze
Comments: Air returned, condensation in tube
No blood

MDM
Number of Diagnoses or Management Options
GSW (gunshot wound):

Amount and/or Complexity of Data Reviewed
Discuss the patient with other providers: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: high
Diagnostic procedures: high
Management options: high

Patient Progress
Patient progress: other (comment) (expired)

I last reviewed vital signs at -

## Blood Bank - All Orders and Results

Procedures - All Orders and Results (continued)

## Thawed Plasma

Status: Completed

Order placed as a reflex to Type and Screen ordered on 05/19/16 at 0000
Ordering user: Edi, Lab In Hiseven 05/19/16 0000    Ordering provider: Provider Unassigned

**Preliminary result**

| Filed on: | 05/19/16 0044 | Resulting lab: | SCC LAB |
|---|---|---|---|

Narrative:
W047016121614  selected
W047016158641  selected
W047016156497  selected

**Preliminary result**

| Filed on: | 05/19/16 0037 | Resulting lab: | SCC LAB |
|---|---|---|---|

Narrative:
W047016121614  issued
W047016158641  issued
W047016156497  issued

**Final result**

| Filed on: | 05/17/16 1403 | Resulting lab: | SCC LAB |
|---|---|---|---|

Narrative:
W047016121614  released
W047016158641  released
W047016156497  released

**Preliminary result**

| Filed on: | 05/19/16 0044 | Resulting lab: | SCC LAB |
|---|---|---|---|

Narrative:
W047016121614  released
W047016158641  released
W047016156497  released

## Single Donor Platelets

Status: Completed

Order placed as a reflex to Type and Screen ordered on 05/19/16 at 0000
Ordering user: Edi, Lab In Hiseven 05/19/16 0000    Ordering provider: Provider Unassigned

**Preliminary result**

| Filed on: | 05/19/16 0044 | Resulting lab: | SCC LAB |
|---|---|---|---|

Components

| | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 selected | |

**Preliminary result**

| Filed on: | 05/19/16 0038 | Resulting lab: | SCC LAB |
|---|---|---|---|

Components

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Blood Bank - All Orders and Results (continued)

### Single Donor Platelets (continued)

|  | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 | issued |

### Final result

| Filed on: | 06/17/16 1403 | Resulting lab: SCC LAB |
|---|---|---|

#### Components

|  | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 released |  |

### Preliminary result

| Filed on: | 05/19/16 0044 | Resulting lab: SCC LAB |
|---|---|---|

#### Components

|  | Value | Flag |
|---|---|---|
| Platelet Pheresis | W047016132269 released |  |

## PR Charge - All Orders and Results

### THORACOTOMY,CTRL TRAUMA BLEED

Electronically signed by: Sandra Sicular, MD on 05/19/16 0104          Status: **Completed**
Ordering user: Sandra Sicular, MD 05/19/16 0104.          Ordering provider: Sandra Sicular, MD

#### Final result

Filed on:          05/19/16 0201
Narrative:
Sandra Sicular, MD    5/19/2016 2:01 AM
Time of First Contact:
I saw the patient at: 0018 [05/19/16 0040]

History

Chief Complaint
Patient presents with
• Gun Shot Wound

HPI

20 y.o. Male A Unknown Adult bibems as a prenotification for gsw
to left chest, intubated. Level 1 trauma code called prior to
arrival. Dr. Toriblo and trauma team present on arrival of
patient. As per ems, patient found talking on street, in transit
became altered, hypotensive, 18 gauge IV with NS running to left
AC prior to arrival, intubated prior to arrival. Had vital signs .

Brookdale Hospital Medical Center    One Brookdale Plaza
                                      Brooklyn NY 11212-3139
                                      ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ███1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2018 D/C: 5/19/2018

## PR Charge - All Orders and Results (continued)

THORACOTOMY,CTRL TRAUMA BLEED (continued)

in transit, lost pulses in ambulance bay.

Precinct 67 present in ED.

No past medical history on file.

No past surgical history on file.

No family history on file.

History
Substance Use Topics
· Smoking status: Not on file
· Smokeless tobacco: Not on file
· Alcohol Use: Not on file

Review of Systems
Unable to perform ROS: Intubated

Physical Exam
BP 75/60 | Pulse 44 | Resp 22 | Ht 5' 5" (1.651 m) | Wt 150 lb
(68.04 kg) | BMI 24.96 kg/m2 | SpO2 78%

Physical Exam
Constitutional: He appears well-developed and well-nourished. He
appears distressed. He is intubated. Cervical collar in place.
Thin male, intubated
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes:
Fixed and dilated
Neck:
c-collar in place
Cardiovascular:
Pulseless
Pulmonary/Chest: Apnea noted. He is intubated.
BS equal on BVM
Absent over epigastrium
Abdominal: Soft. There is no tenderness.

Genitourinary:

Musculoskeletal: He exhibits no edema.
    Arms:
Neurological: He is unresponsive. GCS eye subscore is 1. GCS

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: █████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

PR Charge - All Orders and Results (continued)

### THORACOTOMY,CTRL TRAUMA BLEED (continued)

verbal subscore is 1. GCS motor subscore is 1.
Skin: Skin is warm and dry. He is not diaphoretic.


Assessment

Traumatic cardiac arrest, GSW.


Plan

See ED course.


ED Course

ED thoracotomy and MTP initiated as patient lost vital signs in
ED. See procedure notes.
Bedside FAST positive for fluid in morrisons pouch and
suprapubic, unable to view splenic recess and pericardium
secondary to thoracotomy. Despite resuscitative efforts, patient
expired. Time of death 12:33 AM.

Medical examiner notified at 1:14 AM
D/w investigator Jim Meyer
Case number # K16-2715
Admitting notified at 1:24 AM
Organ donation to be notified by other medical staff or admitting
staff.


1:58 AM
Authorities able to locate family members. Now present in ED.
Notified of death by members of the 67th precinct. Deceased
identified as Cedric McEddy. Medical examiner's office updated of
this information.

Central Line
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications: vascular access
Preparation: skin prepped with ChloraPrep
Location details: right femoral
Patient position: flat
Catheter type: Cordis
Catheter size: 8 Fr
Number of attempts: 1

## PR Charge - All Orders and Results (continued)

### THORACOTOMY,CTRL TRAUMA BLEED (continued)

Successful placement: yes
Post-procedure: dressing applied
Assessment: blood return through all ports and free fluid flow
Guide Wire Removed: Yes
Thoracotomy (Trauma)
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Comments: No blood in pericardium
Approx 500 cc blood in left hemithorax

Chest Tube
Performed by: SICULAR, SANDRA
Authorized by: SICULAR, SANDRA
Consent: The procedure was performed in an emergent situation.
Indications comments: GSW to chest
Scalpel size: 11
Tube size: 36 French
Dissection instrument: Kelly clamp and finger
Ultrasound guidance: no
Tension pneumothorax heard: no
Tube connected to: suction
Suture material: 0 silk
Dressing: petrolatum-impregnated gauze and 4x4 sterile gauze
Comments: Air returned, condensation in tube
No blood

MDM
Number of Diagnoses or Management Options
GSW (gunshot wound):

Amount and/or Complexity of Data Reviewed
Discuss the patient with other providers: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: high
Diagnostic procedures: high
Management options: high

Patient Progress
Patient progress: other (comment) (expired)

I last reviewed vital signs at -

## PR Charge - All Orders and Results (continued)

Respiratory Documentation - All Orders and Results

Respiratory Care Charting

Status: **Completed**

Electronically signed by: Edi, Lab In Hiseven on 05/18/16 2155
Ordering user: Edi, Lab In Hiseven 05/18/16 2155 ............ Ordering provider: Provider Unassigned

Final result

Filed on:           05/19/16 0055          Resulting lab:  MEDISERVE
Narrative:
Date and Time of Service: 5/19/2016 12:33:00 AM
ROOM: BHER-A-TR 1

Orders Completed:
ENDOTRACHEAL INTUBATION STATISTICAL   Number Performed: 1.00

CPR/ CODE 99   Number Performed: 1.00

CODE 99-BHMC

Time called: 0012
Patient intubated by : Already trached.   EMT
Tube size: 7.5  mm ID
Depth of insertion: 24  cm
Tube secured with: tape
Time code ended: 0033
Outcome: Expired
Type of ventilator: NA
Comments: na


Electronically Signed by: TIMANDRA DUVERGLAS, RRT

---

All Meds and Administrations

(There are no med orders for this encounter)

---

Anthropometrics - Thu May 19, 2016

           0019

Anthropometrics

Height .............. 5' 5" (1.651 m) -AC
Weight ............. 150 lb (68 kg) -AC
BMI                25 -AC
(Calculated)
Weight Change   100 -AC
Recorded by       [AC] Althea
                  Coggins, RN
                  05/19/16 0022

Arrival Documentation - Thu May 19, 2016

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB:   1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Arrival Documentation • Thu May 19, 2016 (continued)

0018

### Triage Call

| Triage Call | Call 1x -AC |
|---|---|
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0019 |

0018

### Triage Start

| Triage Start | Start -AC |
|---|---|
| Is This An Injury or Illness? | Injury -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0019 |

0018

### Prehospital Treatment

| Prehospital Treatment | Yes [1] -AC |
|---|---|
| Prehospital Medication | No -AC2 |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0029 [AC2] Althea Coggins, RN 05/19/16 0019 |

0018

### Prehospital IV Access

| IV Orientation | Left -AC |
|---|---|
| IV Site | Antecubital -AC |
| Size-Type Catheter | 18g -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0040 |

## Blood/Blood Product • Thu May 19, 2016

| | 0019 | 0024 | 0026 | 0031 | 0032 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Charting Type | | | | | Intra transfusion -AC |
| BP | (!) 107/52 -AC | 98/80 -AC | 98/80 -AC | (!) 75/60 -AC | (!) 75/60 -AC |
| Pulse | (!) 44 -AC | (!) 42 -AC | 53 -AC | (!) 44 -AC | (!) 44 -AC |
| SpO2 | (!) 78 % -AC2 | (!) 78 % -AC | (!) 80 % -AC | (!) 78 % -AC | (!) 78 % -AC2 |
| Resp | 22 -AC | | | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 [AC2] Althea Coggins, RN 05/19/16 0159 | [AC] Althea Coggins, RN 05/19/16 0200 | [AC] Althea Coggins, RN 05/19/16 0027 | [AC] Althea Coggins, RN 05/19/16 0031 | [AC] Althea Coggins, RN 05/19/16 0034 [AC2] Althea Coggins, RN 05/19/16 0041 |

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ██████ 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Blood/Blood Product - Thu May 19, 2016 (continued)

0033

### Vitals

| | |
|---|---|
| Charting Type | — Blood Stopped -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0053 |

0032

### Pre-Transfusion Documentation

| | |
|---|---|
| Will patient accept blood? | — Emergency Transfusion -AC |
| Pre-Meds Given? | No -AC |
| Blood Admin Consent Obtained / Verified | — Emergency Transfusion -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0034 |

## Cardiac Assessment - Thu May 19, 2016

0020

### Cardiac

| | |
|---|---|
| Cardiac (WDL) | Exceptions to WDL GSW L chest -AC |
| Cardiac Regularity | Comment (Specify) -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0142 |

0020

### Cardiac Monitoring

| | |
|---|---|
| Cardiac Monitor On | Yes -AC |
| Cardiac Monitor Audible | Yes -AC |
| Alarms Set | Yes -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0142 |

## Custom Formula Data - Thu May 19, 2016

0019

### OTHER

| | |
|---|---|
| BSA (Calculated - sq m) | 1.77 sq meters -AC |
| BMI (Calculated) | 25 -AC |
| IBW/kg (Calculated) | 61.5 kg -AC |

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB:    998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Custom Formula Data - Thu May 19, 2016 (continued)

0019

Male

| | |
|---|---|
| Low Range Vt 6cc/kg MALE | 369 mL -AC |
| Adult Moderate Range Vt 8cc/kg MA | 492 mL -AC |
| Adult High Range Vt 10cc/kg MALE | 615 mL -AC |
| IBW/kg (Calculated) FEMALE | 57 kg -AC |
| Low Range Vt 6cc/kg FEMALE | 342 mL -AC |
| Adult Moderate Range vt 8cc/kg FEMALE | 456 mL -AC |
| Percent Weight Change Since Birth | 0 -AC |
| IBW/kg (Calculated) | 61.5 -AC |
| Low Range Vt 6cc/kg | 369 mL -AC |
| Adult Moderate Range Vt 8cc/kg | 492 mL -AC |
| Adult High Range Vt 10cc/kg | 615 mL -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 |

## Departure Condition - Thu May 19, 2016

0050

Departure Condition

| | |
|---|---|
| Departure Condition | Expired -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0237 |

## First Contact - Thu May 19, 2016

0040

First Contact

| | |
|---|---|
| I saw the patient at | 0018 -SS |
| Recorded by | [SS] Sandra Sicular, MD 05/19/16 0040 |

## Focused Assessment - Thu May 19, 2016

0022

### Airway

| Airway (WDL) | Exceptions to WDL -AC |
| --- | --- |
| Obstructed? | — orally intubated -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0023 |

|  | 0019 | 0020 | 0024 | 0026 | 0031 |
| --- | --- | --- | --- | --- | --- |

### Breathing

| Respiratory Pattern | — ETT/Bagged -AC |  |  |  |  |
| --- | --- | --- | --- | --- | --- |
| Left Breath Sounds | Absent -AC |  |  |  |  |
| Right Breath Sounds | Diminished -AC |  |  |  |  |
| SpO2 | (!) 78 % -AC |  | (!) 78 % -AC | (!) 80 % -AC | (!) 78 % -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0159 | [AC] Althea Coggins, RN 05/19/16 0143 | [AC] Althea Coggins, RN 05/19/16 0200 | [AC] Althea Coggins, RN 05/19/16 0027 | [AC] Althea Coggins, RN 05/19/16 0031 |

0032

### Breathing

| SpO2 | (!) 78 % -AC |
| --- | --- |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0041 |

## Gastrointestinal - Thu May 19, 2016

0020

### Abdominal

| Gastrointestinal (WDL) | Within Defined Limits -AC |
| --- | --- |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0144 |

## Genitourinary - Thu May 19, 2016

0020

### Genitourinary

| Genitourinary (WDL) | Within Defined Limits -AC |
| --- | --- |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0144 |

## HEENT - Thu May 19, 2016

0020

### HEENT

| HEENT (WDL) | Within Defined Limits -AC |
| --- | --- |
| Recorded by | [AC] Althea |

Brookdale Hospital Medical Center   One Brookdale Plaza
                                    Brooklyn, NY 11212-3139
                                    ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB:          998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## HEENT - Thu May 19, 2016 (continued)

0020
Coggins, RN
05/19/16 0144

## Musculoskeletal - Thu May 19, 2016

0020

### Musculoskeletal

| | |
|---|---|
| Musculoskeletal (WDL) | Exceptions to WDL .AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0145 |

## Neurological - Thu May 19, 2016

0020

### Neurological

| | |
|---|---|
| Neuro (WDL) | Exceptions to WDL non-verbal, orally intubated .AC |
| Level of Consciousness | Other (Comment) .AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0141 |

## Patient Belongings - Thu May 19, 2016

0238

### Patient Belongings Sent Home

| | |
|---|---|
| Belongings Sent Home | Other Given to 67th Precinct .AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0238 |

## Post-Mortem - Thu May 19, 2016

0239

### Physician Contact

| | |
|---|---|
| Physician Notified | Yes .AC |
| Physician Name | Dr. Sicular .AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 |

0239

### Death Prounounced By

| | |
|---|---|
| Pronounced By | Dr. Sicular .AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 |

0239

### Date and Time of Death

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Post-Mortem - Thu May 19, 2016 (continued)

|  | 0239 |  |  |
|---|---|---|---|
| Date of Death | 05/19/16 -AC |  |  |
| Time of Death | 0033 -AC |  |  |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 |  |  |
|  | 0239 | 0619 | 0634 |

### Post-Mortem Checklist

| Time Gift to NY Contacted | 0130 -AC | 0600 [2] Reference # 2016-021589 -AC | -- George Dezastey -AC |
|---|---|---|---|
| Is patient a potential donor? | Yes -AC |  |  |
| Body Preparation Complete | Yes -AC |  |  |
| Patient Identification | Yes -AC |  |  |
| Morgue Tags on Body | Yes -AC |  |  |
| Belongings Disposition | Given to other (Comment) Given to Officer Chorozewick, Badge #1963 (67th precinct) -AC |  |  |
| Have you notified next of kin? | Yes Notified by 67th Precinct -AC |  |  |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 | [AC] Althea Coggins, RN 05/19/16 0634 | [AC] Althea Coggins, RN 05/19/16 0635 |
|  | 0239 | 0619 |  |

### Medical Examiner

| Was Medical Examiner notified? | Yes -AC |  |
|---|---|---|
| Decision rendered by the Medical Examiner |  | Accepted -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 | [AC] Althea Coggins, RN 05/19/16 0634 |
|  | 0239 |  |

### Notifications

| Admitting Notified | Yes -AC |
|---|---|
| Security Notified | Yes -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 |

Brookdale Hospital Medical Center   One Brookdale Plaza
                                    Brooklyn NY 11212-3139
                                    ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Post-Mortem - Thu May 19, 2016 (continued)

0238

### Patient Belongings Sent Home

| | |
|---|---|
| Belongings Sent Home | Other Given to 57th Precinct -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0239 |

0239

### Patient Belongings At Discharge

| | |
|---|---|
| Belongings Disposition | Given to (Specify) Officer, 67th precinct -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0247 |

## Respiratory - Thu May 19, 2016

0019                                    0020

### Respiratory

| | | |
|---|---|---|
| Respiratory (WDL) | | Exceptions to WDL -AC |
| Left Breath Sounds | | Absent -AC |
| Right Breath Sounds | | Diminished -AC |
| Respiratory Pattern | | ETT/Bagged -AC |
| O2 Device | ETT -AC | |
| O2 Flow Rate (L/min) | 10 L/min -AC | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 | [AC] Althea Coggins, RN 05/19/16 0143 |

## Skin Color/Condition - Thu May 19, 2016

0020

### Skin Color/Condition

| | |
|---|---|
| Skin Color/Condition (WDL) | Exceptions to WDL -AC |
| Skin Color | Pale -AC |
| Skin Condition/Temp | Diaphoretic;Cool;C lammy -AC |
| Mucous Membranes | Intact -AC |
| Skin Turgor | Non-tenting -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0148 |

## Triage Plan - Thu May 19, 2016

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████████ 1998, Sex: M
Acct #: 2001058108
Adm: 5/19/2016 D/C: 5/19/2016

## Triage Plan - Thu May 19, 2016 (continued)

0211

### Quick Triage Plan

| | |
|---|---|
| Patient Acuity | One -AC |
| Destination | Trauma -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0211 |

0211

### Triage Plan

| | |
|---|---|
| Full Triage Complete | Triage Complete -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0211 |

## Vital Signs - Thu May 19, 2016

### Vital Signs

| | 0019 | 0024 | 0026 | 0031 | 0032 |
|---|---|---|---|---|---|
| Pulse | (!) 44 -AC | (!) 42 -AC | 53 -AC | (!) 44 -AC | (!) 44 -AC |
| Resp | 22 -AC | | | | |
| BP | (!) 107/52 -AC | 98/60 -AC | 98/80 -AC | (!) 75/60 -AC | (!) 75/60 -AC |
| BP Location | Right arm -AC | | | | |
| BP Method | Automatic -AC | | | | |
| Patient Position | Lying -AC | | | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 | [AC] Althea Coggins, RN 05/19/16 0200 | [AC] Althea Coggins, RN 05/19/16 0027 | [AC] Althea Coggins, RN 05/19/16 0031 | [AC] Althea Coggins, RN 05/19/16 0034 |

0019                0024                 0026                0031                0032

### Oxygen Therapy

| | | | | | |
|---|---|---|---|---|---|
| SpO2 | (!) 78 % -AC | (!) 78 % -AC | (!) 80 % -AC | (!) 78 % -AC | (!) 78 % -AC |
| O2 Device | ETT -AC2 | | | | |
| O2 Flow Rate (L/min) | 10 L/min -AC2 | | | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0159 [AC2] Althea Coggins, RN 05/19/16 0022 | [AC] Althea Coggins, RN 05/19/16 0200 | [AC] Althea Coggins, RN 05/19/16 0027 | [AC] Althea Coggins, RN 05/19/16 0031 | [AC] Althea Coggins, RN 05/19/16 0041 |

0019

### Height and Weight

| | |
|---|---|
| Height | 5' 5" (1.651 m) -AC |
| Height Method | Estimated -AC |
| Weight | 150 lb (68 kg) -AC |
| Weight Method | Estimated -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 |

## Audit Information

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY, CEDRIC
MRN: 2495476
DOB: ████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Audit Information (continued)

| Ref # | Row Name | Time Taken | Time Recorded | Value | | User |
|---|---|---|---|---|---|---|
| 1 | Prehospital Treatment | 05/19/16 0018 | 05/19/16 0029 | Yes | | AC |
| | | | 05/19/16 0019 | No | | AC |
| 2 | Time Gift to NY Contacted | 05/19/16 0619 | 05/19/16 0634 | 0600 Reference # 2016-021580 | | AC |
| | | | 05/19/16 0620 | 0600 | | AC |

## User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| SS | Sandra Sicular, MD | 04/13/15 - |
| AC | Althea Coggins, RN | 11/05/13 - |

## Primary Assessment - Thu May 19, 2016

0022

### Airway

| Obstructed? | -- |
|---|---|
| | orally intubated -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0023 |

## Treatment PTA - Thu May 19, 2016

0018

### Prehospital Treatment

| Prehospital Treatment | Yes [1] -AC |
|---|---|
| Prehospital Medication | No -AC2 |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0029 [AC2] Althea Coggins, RN 05/19/16 0019 |

0018

### Prehospital IV Access

| IV Orientation | Left -AC |
|---|---|
| IV Site | Antecubital -AC |
| Size-Type Catheter | 18g -AC |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0040 |

## Audit Information

| Ref # | Row Name | Time Taken | Time Recorded | Value | | User |
|---|---|---|---|---|---|---|
| 1 | Prehospital Treatment | 05/19/16 0018 | 05/19/16 0029 | Yes | | AC |
| | | | 05/19/16 0019 | No | | AC |

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

| User Key | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By |
|---|---|---|
| Initials | Name | Effective Dates |
| AC | Althea Coggins, RN | 11/05/13 – |

## Code Vitals - Thu May 19, 2016

| | 0019 | 0024 | 0026 | 0031 | 0032 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Pulse | (!) 44 -AC | (!) 42 -AC | 53 -AC | (!) 44 -AC | (!) 44 -AC |
| Resp | 22 -AC | | | | |
| BP | (!) 107/52 -AC | 98/80 -AC | 98/80 -AC | (!) 75/60 -AC | (!) 75/60 -AC |
| SpO2 | (!) 78 % -AC2 | (!) 78 % -AC | (!) 80 % -AC | (!) 78 % -AC | (!) 78 % -AC2 |
| O2 Device | ETT -AC | | | | |
| O2 Flow Rate (L/min) | 10 L/min -AC | | | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 [AC2] Althea Coggins, RN 05/19/16 0159 | [AC] Althea Coggins, RN 05/19/16 0200 | [AC] Althea Coggins, RN 05/19/16 0027 | [AC] Althea Coggins, RN 05/19/16 0031 | [AC] Althea Coggins, RN 05/19/16 0034 [AC2] Althea Coggins, RN 05/19/16 0041 |

## Code Vitals and Interventions - Thu May 19, 2016

| | 0019 | 0024 | 0026 | 0031 | 0032 |
|---|---|---|---|---|---|
| **Vitals** | | | | | |
| Pulse | (!) 44 -AC | (!) 42 -AC | 53 -AC | (!) 44 -AC | (!) 44 -AC |
| Resp | 22 -AC | | | | |
| BP | (!) 107/52 -AC | 98/80 -AC | 98/80 -AC | (!) 75/60 -AC | (!) 75/60 -AC |
| Patient Position | Lying -AC | | | | |
| Recorded by | [AC] Althea Coggins, RN 05/19/16 0022 | [AC] Althea Coggins, RN 05/19/16 0200 | [AC] Althea Coggins, RN 05/19/16 0027 | [AC] Althea Coggins, RN 05/19/16 0031 | [AC] Althea Coggins, RN 05/19/16 0034 |

| User Key | | (r) = Recorded By, (t) = Taken By, (c) = Cosigned By |
|---|---|---|
| Initials | Name | Effective Dates |
| AC | Althea Coggins, RN | 11/05/13 – |

## ED Discharge Instructions

None

## Scans

**Encounter-Level : Cardiac Rhythm Strips:**

There are no encounter-level : cardiac rhythm strips.

**Encounter-Level : Ambulance Call Reports - 05/19/2016:**

Scan on 5/19/2016 : ACR (below)

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ██████ 998, Sex: M
Acct #: 20010561 08
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

### Encounter-Level : Ambulance Call Reports - 05/19/2016: (continued)



Prehospital Care Report Summary
FDNY

Scan on 5/19/2016 : ACR (below)

Scans (continued)

Encounter-Level : Ambulance Call Reports - 05/19/2016: (continued)

Encounter-Level Documents - 05/19/2016:

Other on: 5/19/2016 (below)

Brookdale University Hospital and Medical Center
ED Trauma Flow Sheet
Pre-Notification by EMS: Yes No
Level I
Level II

Other on: 5/19/2016 (below)

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2485476
DOB: ####### 1993, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

Encounter-Level Documents - 05/19/2016: (continued)



Other on: 5/19/2016 (below)

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

Encounter-Level Documents - 05/19/2016: (continued)



Other on: 5/19/2016 (below)

Brookdale Hospital Medical Center    One Brookdale Plaza
                                      Brooklyn NY 11212-3139
                                      ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████████1998, Sex: M
Acct #: 2001056106
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

Encounter-Level Documents - 05/19/2016: (continued)



Other on: 5/19/2016 (below)

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2018 D/C: 5/19/2016

## Scans (continued)

Encounter-Level Documents - 05/19/2016: (continued)



Other on: 5/19/2016 (below)

Brookdale Hospital Medical Center    One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

### Encounter-Level Documents · 05/19/2016: (continued)



Other on: 5/19/2016 (below)

Brookdale Hospital Medical Center  One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ██████ 1998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

## Scans (continued)

### Encounter-Level Documents - 05/19/2016: (continued)

Brookdale Hospital Medical Center     One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

Order-Level Documents:
There are no order-level documents.

Encounter-Level E-Signature Documents:
Patient Notice of Financial Aid - Received on 5/19/2015



## The Brookdale University Hospital and Medical Center
### One Brookdale Plaza - Brooklyn, New York 11212-3198

Affiliated with State University of New York
Health Science Center at Brooklyn
New York University College of Dentistry
and The Mount Sinai Health System

Dial Direct (718)-240-5240

*Patient Notice of Financial Aid*

Brookdale Hospital is proud of its mission to provide medical care to all who are in need of it.

It is important that you let us know if you will have difficulty paying your bill; Federal and State laws require all hospitals to seek full payment of what they bill patients. This means we may have to turn unpaid bills over to a collections agency, which could affect your credit status.

If you do not have health insurance and worry that you may not be able to pay in full for your care, we may be able to help. Brookdale Hospital provides financial aid to patients based on their income, assets, and needs. In addition, we may be able to help you get free or low-cost health insurance or work with you to arrange a manageable payment plan.

For more information about our financial aid options, please contact our Financial Office at (718) 240-5240 or (718) 240-5950, between 9:00AM through 4:00PM Monday through Friday. We will address your questions with confidentiality and courtesy.

Print Name:McEaddy, Cedric

Patient Signature:

Printed on 10/5/2018 10:34 AM

Brookdale Hospital Medical Center    One Brookdale Plaza
                                     Brooklyn NY 11212-3139
                                     ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: ████ 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

Scans (continued)

Encounter-Level E-Signature Documents: (continued)

Date: 5/19/2016

General Consent for Treatment and Release of Information - Received on 5/19/2016



The Brookdale University Hospital and Medical Center
One Brookdale Plaza - Brooklyn, New York 11212-3198
Telephone #: (718) 240 – 5000

GENERAL CONSENT FOR TREATMENT AND RELEASE OF INFORMATION

Patient Name:          MRN:3705449    Visit #: 1103674767
McEaddy, Cedric
Date of Service:                      Location: BHMC EMERGENCY
5/19/2016                             DEPARTMENT

1. Consent for General Treatment – I request and authorize healthcare services to be provided
   to me by Brookdale University Hospital and Medical Center (the "Hospital"), and Brookdale
   Family Care Centers, Schulman & Schachne Institute for Nursing & Rehabilitation, Hospital's
   off-site medical offices ("Medical Center"), and their employees, contractors, and Medical
   Staffs. Authorized services include routine diagnostics and/or radiology and laboratory
   procedures, administration of drugs and other therapeutics, and routine medical, nursing and
   other patient care. If I am an obstetrical patient, I understand that my signature also agrees to
   the care and treatment of my newborn.

2. No Representations or Guarantees. I am aware that the practice of medicine and surgery is
   not an exact science and I acknowledge that no oral or written representations or guarantees
   have been made to me as to the results of any diagnosis, treatment and medical care that I
   receive as a patient at the Medical Center.

3. Teaching Facility – I am aware that the Medical Center conducts teaching programs for health
   care professionals and participates in approved medical research. I consent to diagnosis and
   treatment and the review of my medical records for the purposes of providing training for

Brookdale Hospital Medical Center   One Brookdale Plaza
Brooklyn NY 11212-3139
ED Record

MCEADDY,CEDRIC
MRN: 2495476
DOB: 998, Sex: M
Acct #: 2001056108
Adm: 5/19/2016 D/C: 5/19/2016

Scans (continued)

Encounter-Level E-Signature Documents: (continued)

these students. I understand that this will be done with respect for my dignity and my need for confidentiality.

4. Medical Staff Relationships. I understand that many of the physicians on the staff of Medical Center, including my attending physician(s), may not be employees or agents of Medical Center, but rather may be independent practitioners who have been granted the privilege of using its facility for the care and treatment of their patients. Medical Center exercises no control over the medical decisions or the services of these physician(s) and other healthcare practitioners. I understand that I may be separately charged for services by these providers and/or other organizations that provide services to me while I am a patient at Medical Center.

5. Release of Information. I authorize Medical Center, its agents, employees and Medical Staff to release copies of my medical records, including information from prior treating and/or referring physicians and other health care providers to:
   ✦ A. any governmental agency, billing service, insurance company, auditing agency engaged by Medical Center or a third party payer, employer or physician for the purpose of processing any claims for benefits; and
   ✦ B. any physician or health care facility to which I may be referred to for the purpose of continuing care.

6. Personal Property. I agree and acknowledge that Medical Center has no responsibility for loss of clothing, money, valuables, dentures, glasses, or any other personal items of mine and understand that arrangements should be made by me to safeguard items during my stay.

7. Notice of Privacy Practices. I acknowledge that I have received the Medical Center's Notice of Privacy Practice

8. Emergency Medical Services and Surprise Bills Law Disclosure - I acknowledge that I have received the Medical Center's Surprise Bill Disclosure.

9. Insurance Coverage. I authorize Medical Center to file and pursue a claim for payment of my Medical Center charges with my insurance carrier. I assign to Medical Center all medical and health care insurance payments and benefits, including all rights to payment and reimbursement, that are payable or may be payable to me or Medical Center by any payor. This assignment includes the right to receive payment of my health care benefits directly from any payor, the right to appeal any adverse benefit determination, and the right to bring a

Scans {continued)

Encounter-Level E-Signature Documents: {continued)

lawsuit to recover any health care benefits or other damages and penalties to which I am entitled. I also assign to Medical Center the right to receive documents to which I am entitled from any payor, including, but not limited to, any employee medical benefit plan, insurance company, and claim administrator, if applicable to services received at Brookdale Hospital and Medical Center. I designate Medical Center as my authorized Representative for all of these activities. I understand that I am financially responsible for any balance not covered by my insurance. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney fees and collection expenses. A photo copy of this assignment shall be considered as valid as the original.

10. In addition, I authorize Medical Center to release my medical information to the following electronic portals to provide me with medical diagnosis and treatment and to assess and improve the quality of medical care delivered by Medical Center. I understand that this consent permits access to ALL of my medical information, including but not limited to, sensitive information related to the following: HIV/AIDS, Mental Health, Genetic Disease or Genetic Tests, Alcohol or Drug Abuse Treatment, Sexually Transmitted Diseases, and Family Planning.

This consent permits the Medical Center to access information created both before and after the date I sign this form. I understand that this consent is valid for one year from the date of signature unless I withdraw consent. If I withdraw consent it will be effective beginning with the date the withdrawal was filed but will not affect the information exchanged prior to that date.

I understand if I do not initial next to the participating portal, my information will not be released to that particular exchange even in an emergency.

• Care Everywhere – A way for providers to share information about my condition and treatment. By initialing here I consent to have Brookdale release my information and request information be provided by other organizations.

☐  5/19/2016

Initials  Date

# EXHIBIT B

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF NEW YORK

     ------------------------------------------

3    LATISHA SANDERS INDIVIDUALLY AND AS

     ADMINISTRATOR MOTHER AND NEXT OF KIN

4    FOR DECEASED MINOR CHILD CEDRIC MCEADDY,

5

6                        Plaintiff,

7         vs.         1:16-CV-6526 (CBA/SJB)

8

9    LIVEON NEW YORK ORGAN DONATION, RN ALTHEA

     COGGINS IN HER OFFICIAL AND INDIVIDUAL

     CAPACITY, MD SANDRA SICULAR IN HER

10   OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY,

     BROOKDALE UNIVERSITY HOSPITAL MEDICAL

11   CENTER, OFFICE CHIEF MEDICAL EXAMINER,

     DR. AGLAE CHARLOT IN HER OFFICIAL AND

12   INDIVIDUAL CAPACITY, DETECTIVE ORTIZ IN

     HIS OFFICIAL AND INDIVIDUAL CAPACITY,

13   FAIRHAVEN MEMORIAL CHAPEL AND JASON

     SHEPPARD,

14                      Defendants.

15   ------------------------------------------

16

17        VIDEOTAPED DEPOSITION OF JOSE MARIA

18

19             Monday, May 6, 2019

20                 10:00 a.m.

21

22

23   Reported by:

24   Joan Ferrara

25   Job No. 270448

1

2

3

4              May 6, 2019

5              10:00 a.m.

6              New York, New York

7

8

9

10       Videotaped Deposition of JOSE MARIA,

11   held at the offices of Aaronson Rappaport

12   Feinstein & Deutsch, LLP, 600 Third

13   Avenue, New York, New York, Pursuant to

14   Notice, before Joan Ferrara, a Registered

15   Merit Reporter and Notary Public of the

16   State of New York.

17

18

19

20

21

22

23

24

25

```
 1
 2     A P P E A R A N C E S:
 3
 4     JENNER & BLOCK
 5     Attorneys for Plaintiff
 6            919 Third Avenue
 7            New York, New York 10022-3908
 8     BY:    KARA K. TROWELL, ESQ.
 9            MICHAEL W. ROSS, ESQ.
10            NICOLAS G. KELLER, ESQ.
11
12
13     AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
14     Attorneys for Defendants - RN Althea
15     Coggins, MD Sandra Sicular and Brookdale
16     University Hospital
17            600 Third Avenue
18            New York, New York 10016
19     BY:    DAVID N. SAFFRA, ESQ.
20
21
22
23
24     (Continued)
25
```

1

2    A P P E A R A N C E S:   (Continued)

3

4    HAWORTH BARBER & GERTSMAN, LLC

5    Attorneys for Defendant - Fairhaven Memorial

6    Chapel and Jason Sheppard

7            45 Broadway, 21st Floor

8            New York, New York 10006

9    BY:    MICHAEL FABIANI, ESQ.

10

11

12   NEW YORK CITY LAW DEPARTMENT

13   OFFICE OF THE CORPORATION COUNSEL

14   Attorneys for Defendants - Office of the

15   Chief Medical Examiner, Dr. Aglae Charlot

16   and Detective Ortiz

17            100 Church Street

18            New York, New York

19   BY:    DEVIN S. COHEN, ESQ.,

20            Assistant Corporation Counsel

21

22

23   ALSO PRESENT:

24            Jose Rivera, Videographer

25            Latisha Sanders

1

2          IT IS HEREBY STIPULATED AND AGREED, by

3     and between the attorneys for the respective

4     parties herein, that filing and sealing of

5     the transcript be waived, and the same are

6     hereby waived.

7          IT IS FURTHER STIPULATED AND AGREED

8     that all objections, except as to the form

9     of the question, shall be reserved to the

10    time of the trial.

11         IT IS FURTHER STIPULATED AND AGREED

12    that the within deposition may be sworn to

13    and signed before any officer authorized to

14    administer an oath, with the same force and

15    effect as if signed and sworn to before the

16    Court.

17

18

19

20

21

22

23

24

25

1

2          THE VIDEOGRAPHER:  This is media

3     unit number one in the video

4     deposition of Jose Maria in the matter

5     of Latisha Sanders, et al., plaintiff,

6     against LiveOn New York Organ

7     Donation, et al., defendants, in the

8     United States District Court, Eastern

9     District of New York, Case No.

10     1:16-CV-6526 (CBA)(SJB).

11          This deposition is being held at

12     Aaronson Rappaport, 600 Third Avenue,

13     New York, New York, on May 6, 2019 at

14     approximately 10:06 a.m.

15          My name is Jose Rivera from the

16     firm of U.S. Legal Support and I am

17     the legal video specialist.

18          The court reporter is Joan

19     Ferrara, also in association with U.S.

20     Legal Support.

21          For the record, will counsel

22     please introduce themselves.

23          MS. TROWELL:  I'm Kara Trowell

24     of Jenner & Block.  We're deposition

25     counsel for plaintiff Latisha Sanders

1

2       who is also present.

3              With me, I have my colleagues

4       Nick Keller and Michael Ross, also

5       attorneys of Jenner & Block.

6              MR. SAFFRA:  David Saffra for

7       Brookdale, Dr. Sicular and Nurse

8       Coggins here today on behalf of the

9       corporate defendant Brookdale with the

10      witness Jose Maria.

11             MR. FABIANI:  Mike Fabiani from

12      Haworth Barber & Gertsman on behalf of

13      defendants Fairhaven Chapel and Jason

14      Sheppard.

15             MR. COHEN:  Devin Cohen from the

16      New York City Law Department here on

17      behalf of the Office of the Chief

18      Medical Examiner, Dr. Aglae Charlot

19      and Detective Ortiz.

20             MR. SAFFRA:  As previously

21      discussed off the record, LiveOn New

22      York, who is a named defendant in this

23      matter as well, is not here today

24      pursuant to Judge Bulsara's recent

25      decision, letter or order.

1

2          Is that in agreement?  Are all

3      parties understanding that?

4          MS. TROWELL:  Agree.

5          THE VIDEOGRAPHER:  Now, will the

6      court reporter please swear in the

7      witness.

8  J O S E   M A R I A ,

9          called as a witness, having been

10         duly sworn by a Notary Public, was

11         examined and testified as follows:

12  EXAMINATION BY

13  MS. TROWELL:

14     Q     I just want to set some ground

15  rules first to get started.

16          Because this deposition is being

17  transcribed and videotaped, it is important

18  that you provide verbal audible answers to

19  every question and refrain from any hand

20  gestures.

21          We can take breaks whenever you

22  need, but if there is a pending question

23  I'll ask that you answer the question

24  before we break.

25          And if you don't understand any

1                    J. Maria

2      part of a question, please let me know.

3              Do you understand all of that?

4      A    Yes.

5      Q    Any questions?

6      A    No.

7      Q    Okay, great.

8              Is there anything that would

9      inhibit your ability to testify truthfully

10     and freely today?

11     A    No.

12     Q    Thank you.

13             Mr. Rivera, have you ever

14     previously been deposed?

15             MR. SAFFRA:  Actually, he's not

16         Mr. Rivera.

17     BY MS. TROWELL:

18     Q    I'm sorry.  Could you state your

19     last name again?

20     A    Maria.

21     Q    Maria, okay.

22             Mr. Maria, have you ever

23     previously been deposed?

24     A    Yes.

25     Q    How many times?