## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

**MARY HERNANDEZ**, duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age, and resides in Kings County, New York.

That on the 29th day of June, 2021, deponent served the within **LiveOnNY'S Objections to the June 15, 2021 Report and Recommendation of Magistrate Judge Sanket J. Bulsara** upon:

*Regular Mail & Certified Mail – Return Receipt Requested*

latisha.sanders999@gmail.com
Latisha Sanders
Plaintiff, pro se
131 Broome Street, Apt. 19F
New York, New York 10002



Certified Article Number
9414 7266 9904 2173 1240 90
SENDER'S RECORD

at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*[signature]*
MARY HERNANDEZ

Sworn to before me this
29th day of June, 2021

*[signature]*
NOTARY PUBLIC

Lillian Kozon
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01K06211471
Qualified in QUEENS County
Commission Expires 09/21/2021

255938457v.1